# EXHIBIT 1

| | |
|---|---|
| From: | "Roesser, John" <John.Roesser@alston.com> |
| To: | "'mweingard@wgplaw.com' (mweingard@wgplaw.com)" <mweingard@wgplaw.com> |
| Subject: | **Database** |
| Date sent: | **Thu, 21 Aug 2014 21:27:44 +0000** |

Marc,

I looked at the invoices for the database that contains the hard drive. It is difficult to sort what relates to the processing and loading of the hard drive documents as opposed to other work, plus there is some tech time, and time for printing things out for depositions, etc. But the total amount was around $22,000.

Thanks,
John


John D. Roesser
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
(212) 210-9479
John.roesser@alston.com


NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.