# EXHIBIT 4

---- Original Message ----
From: "Russo, Lou" <LRusso@winston.com>
Sent: 9/21/2012 3:02:22 PM
To: "Deborah L. Dobbin" <dldobbin@avrumrosenlaw.com>
Subject: RE: Re: RE: Re: RE: spreadshhet of cars

Deborah,

The cover letter from your 9/10/12 package indicates that you produced the attached Chase bank statements and I previously removed them from the spreadsheet.  So here's what still outstanding:
> SBLI:
>> Statement & Checks from September 2006, November 2006 (pages 1-4) and December 2006,
>> Cancelled checks only  for Jan, March, April, June, July, Aug and Oct 2010
>> Statement & Checks for Jan, Feb, March, May, June, Aug, Oct and Nov 2011
> Community Bank: 2011:  All statements/check for months except Sept.
> When were the SBLI/Chase/Community National bank accounts opened?

Is this information at the Debtor's office?  If so, we can just have our accountant get it when they go out there for related entity files.   If not, please send it to us when you can.

Either way, I will be sending you our accountant's availability over the next two weeks to come out to Debtor's office to get the related entity information.

Thanks,
**Louis A. Russo**
**Associate**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 (212) 294-5310
F: +1 (212) 294-4700
Bio | VCard | Email | www.winston.com