# EXHIBIT 5

Box 1

- Milenium Insurance (Blue)
    - Insurance documents; complaint Exeter v. AFC Real Estate, et al
- 1.2.3. Holding Corp. v. Exeter Holding case documents
- Via Trenta Court; multiple folders
    - Inc. Liens, insurance, loan documents, lawsuits
- Hernandez Lawsuit
    - Exeter Holding v. Carlos Hernandez
- EX 5255 00255; Carlos Hernandez; 389 Douglas Street, Brooklyn, NY

Box 2

- EX 5241A; Demitrio & Lynette Acot; 5832 Liebig Avenue, Bronx, NY
- EX 5241; Demitrio & Lynette Acot; 5832 Liebig Avenue, Bronx, NY
- EX 5246 00246; Edilma E. Cabrera, 59-36 161 St & 61-18 Parsons Blvd, Fresh Meadows, NY
- EX 5246A 00246A; Edilma E. Cabrera, 59-36 161 St & 61-18 Parsons Blvd, Fresh Meadows, NY

Box 3

- Exeter Tax Returns
    - Via Trenta, Begonia, Carica, Eden Rock, Parrish Pond, New York Avenue, Lewis Lane, Short Path
- Tax Notices
- Misc. Exeter tax documents
- Court Documents re: 1.2.3. Holding Corp. v. Exeter Holding and Palazzo v. Exeter and 1.2.3.
- EX 5244- Millenium Land Developers; 106 Trafalgar Drive, Shirley, NY

Box 4

- EX 5258 Barrington E-Banks (Manila)
    - Insurance; Homewoners policy- Barrington Ebanks
- EX 5250/5297 (Manila)
    - Northfork Resourcees, Inc., Principi Properties, LLC, and Virginia O'Connor Principi
    - 107 Montauk Highway, Amagansett
    - Appraisal- 64600 Main Road, Southold, NY
    - 625 Lazy Point Road, Amagansett
- EX 5298 (Manila)
    - Azeem Ali; 22-82 Nameoke Ave, and 22-84 Nameoke, Far Rockaway

- o Martha Y Suarez De Garcia; 90 Hamilton Avenue, New Rochelle; Foreclosure
- Vortex (File Folder)
    - o EX-5307; Vortex Homes, LLC; Lot 9 Sunrise Drive, Pike County, PA
- EX 5288; Colatrella Builders Inc., 1277 Clinton Place, Elizabeth, NJ (Blue)
- EX 5297 00297; North Fork Resources Inc., 8595 Cox Lane, Cutchogue, NY,("see 5250") (Blue)
    - o Residential Building Loan
- EX 5288 (Brown)
    - o Colatrella Builders 5 parcels, inc.; Elizabeth, NJ (2), Wall, NJ (2), Brick, NJ (1)
- EX 5296; Treasure Chest LLC, Dale Mabry HGWY (Van Dyke Commons), Tampa, Florida (Blue)
    - o 60 Day Loan- Shopping Center
- Great Bear; 110 Jefferson St., Patterson, NJ (Manila)
    - o Exeter v. Great Bear Construction; Motion for default judgment against Great Bear
- Great Bear- COPY (Manila)
- EX 5287A; Great Bear Construction, 110 Jefferson St., Patterson, NJ (Blue)
    - o Residential Building Loan
- EX 5250- North Fork Resources Inc., 138 Bluff Road, Amagansett, NY (Yellow)
    - o Residential Building Loan
- EX 5283; Hillside (Manila)
    - o 699 Hillside Avenue, New Hyde Park, NY
    - o 101 Hillside Avenue, Yonkers
- EX 5287 00287; Great Bear Construction, 110 Jefferson Street, Patterson, NJ 07501 (Blue)
    - o Residential Building Loan

## Box 5

- 22 Bridge Lane Corp.; 22 Bridge Lane, Belle Terre, NY 11776, COA/hdc- Steve Graziano (Brown File Folder)
- Exeter v. Columbia Title and Abstract Corp, United General Title Insurance Co., First American Title Insurance Co. and State Bank of Long Island
    - o Defendant's Response and Exhibits A and B
- Azeem Ali, Nameoke Ave, Adjustable Rate Rider
- EX 5281- Ali (Blue)
    - o 22-84 Nameoke Ave., Far Rockaway, NY
- "Miscellaneous" (manila)
    - o Documents re: suit against Columbia Title Insurance
- 5280 Duplicates (Manila)

- o Ali
- 5281 Duplicates (manila)
  - o Ali

## Box 6

- EX 5230 00230; Dirk K. Geithner, 110 Mountain View Drive, Cold Spring, NY 10516 (Red)
  - o Residential Building Loan
- EX 5230A 00230A; Dirk Geithner, 110 Mountain View Drive, Cold Spring, NY 10516 (Yellow)
- EX 5230 (Green)
- EX 5230A 00230A: Dirk Geithner (Brown)
- EX 5197 00197; Richard Mauro, 65 Randall Road, Wading River 11792 (Red)
  - o Residential Building Loan
- EX5197- Mauro (Brown)
  - o 65 Randall Road, Wading River, New York
- EX 5171/5122 (2nd) 00171; Moon Bay Development, 140 Maggie Drive, East Quogue, NY 11942 (Yellow)
- EX 5177 00177; Moon Bay Development Corp., #1 White Tail Knowls, East Hampton, NY 11937 (Manila)
- EX 5263 00263; Moon Bay Development With Pellarin; "Boatyard Vistas" (Purple)
  - o Shore Road, East Moriches; title in the name of Boatyard Vistas
  - o 287 SW Gardner Rd, Palm Bay, Florida, 32908 (Property Value Search)
  - o Case documents re: GEORGE HEINLEIN v. EXETER, et al
- VA-7763-N (yearly disbursement); Megan Contracting Corp., 288 Siegel Street, Westbury, NY (purple)
  - o Case Documents re: PEKICH v. EXETER, et al
  - o EXETER v. PARTNERS ABSTRACT CORP. et al
- Exeter vs. Partners Abstract (Manila)
  - o Affirmation of Adam Markel and Stipulation extending time for motion
- Cleveland and Eagle (Manila)
  - o List of advances by Exeter to Mohring; copies of $60,000 check from Exeter to Mohring and from Mohring to John Chase (attorney for seller of Cleveland and Lincoln Property)

## Box 7

- Ex 5254-A 00254; Sandy & John Shetty, 81-07 Astoria Boulevard, East Elmhurst, NY (Blue)
- EX 5254; Shetty (Purple)

- Shetty (Green)
    - 81-07 Astoria Boulevard, Queens, New York
    - 79-15 and 79-17 24th Avenue, Queens, New York
- Shetty (manila)
- Shetty Legal File (manila)
- EX 5254 00254; Sandya & John Shetty; 81-07 Astoria Boulevard, East Elmhurst, NY (Green)
- EX 5257 00257; Sofia Tsoukas, 717 Rockaway Street, Staten Island, NY (Red)
- EX 5257 (Pink)
    - Tsoukas Loan Agreements
- EX 5257 00257; Sofia Tsoukas, 717 Rockaway Street, Staten Island, NY (Blue)

## Box 8

- Exeter Holding v. Partners Abstract Corp., First American Title Insurance Company
    - Filings and Motions
- Exeter v. Millenium Land Developers
- Vera Palazzo v. Exeter
- EX 5246 and EX 5246A- Cabrera
    - No 59-36 161st Street, Fresh Meadows, New York
    - 61-18 Parsons Boulevard, Fresh Meadows, New York
- EX 5280- Ali
    - 22-82 Nameoke Avenue, Far Rockaway, New York
- Exeter v. Acot

## Box 9

- 3 Lewis Lan Corporation; 3 Lewis Lane, Lattington, NY; COA/Richard
    - Contracts, Deposits, Job Costs, etc
- EX 5123 00123; Moon Bay Development, 3 Northwest Estates, East Hampton, NY 11937
- 22 West Hills Court, West Hampton, NY, 11968; COA/HDC- Steve Graziano
    - File name says West Hampton, documents inside say Southampton

## Box 10

- Short Path
    - 2 Short Path, St. James, NY
- Short Path Insurance
- Rich Mohring Agreements
- Folder on virtual staging of properties
- Realtors/Directions
- Nissequogue River Road, Nessequogue, NY, COA/ Steve Graziano

### Box 11

- EX 5138 00138 (red)
    - Starloft Enterprise (44 Sea Cliff Avenue Corp)
    - 338 Glen Head Road, Glen Cove
        - 250 Glen Street, Glen Cove
        - 29 Oyster Bay Road, Locust Valley (Construction Loan)
        - 1315 Oyster Bay Road, Locust Valley (Collateral Security for 29)
        - 44 Sea Cliff Avenue, Glen Cove (Collateral Security for 29)
- EX 5096 0096 5112 (blue)
    - 323 Glen Cove Avenue
    - Lot 2,3,4,5, & 6 Matinecock Court, Locust Valley
    - Frost Mill Development Corp.
- 44 Sea Cliff Avenue Corp. Purchase Agreements (Manila)
    - 54 Connecticut View Drive, Mill Neck
    - Property in Collier County, Florida
    - 4657 Idylwood Lane, Naples Florida
    - 2 Lincoln Avenue, Glen Head
    - Mill River Road, Upper Brookville
    - 196 Cove Road, Laurel Hollow
- 44 Sea Cliff Avenue Corp. Purchase Agreement- Titus Drive (Manila)
    - 14 Titus Road
- EX 5138- Starloft (manila)
    - Mortgagee- R & R Mohring; Mortgagor- Ron King. Corp.
    - 22 Bayville Avenue, Bayville
- EX 1195 00914- Overlook Development Corp (Lot #10) Kimberly Lane, Southold, NY (note to "see 5087") (yellow)
    - Residential Building Loan- Lot #11 Paradise by the Bay, Southhold
    - Includes Mortgage, Assignment of Mortgage, and various notices to mortgagor
- EX 5087 (pink)
    - Overlook Court Development Corp.
    - Lot 10 "Paradise by the Bay", Southold
- EX 5087- Overlook Development (Lot #10) Kimberly Lane Southhold, NY; Lot 7 Old Country Rd (red)
    - Documents re: suit by Windisch against Overlook, Steven Israel, State Bank of Long Island, Exeter Holding and others
    - Mortgage Assignments
- Mohring 70 Forest Ave Glen Cove, NY (Manila)-(2 folders)
    - Agreement between Exeter and Mohring/ R&R Mohring and R4M Corp
- Rita Mohring (Manila)
    - 32 Mohring Bay Court

- o Assignment of mortgages to Rita Mohring for 10 Parcels inc. Bayville Road Locust Valley (2), Matinecock Court (5), Glen Cove Avenue (2), and Mohring Bay Court
- 32 Mohring Bay Court (manila)
    - o Emails between Franks Chiarello and Bruce Frank re: purchase of loans
    - o Agreement between Exeter and Mohring
    - o Subpoena of documents
- EX 1127 (Green)
    - o 32 Mohring Bay Court Mortgage related documents
    - o 22 Bayville Avenue
- EX 5021 00021- Frost Mill Development Corp.; 60 Riggs Place, Locust Valley, NY 11560 (Blue)
- 8 Birchbark Lane (Manila)
    - o No. 5028
- EX 1127S 00805; Mohring Enterprises, Inc.; 22 Bayville Avenue, Bayville, NY 11709 (Yellow)
- Rich Mohring (White Envelope)
    - o 44 Sea Cliff Avenue Corp.
    - o 8 Birch Park Lane
    - o Letter from Mohring to Arnold Frank listing properties on which they had cooperated and the status of their work
    - o Accounting of Outstanding Loans- July 2011
- 00805 Bayville Avenue- Mohring Enterprises (Manila)
    - o 22 Bayville Avenue
    - o EX 1127
- 22 Bayville Avenue (Red)
- 22 Bayville Ave- Pig and Whistle (Manila)

## Box 12

- EX 5280; Ali (Blue)
    - o 22-82 Nameoke Avenue, Far Rockaway
- Azeem Ali (Manila)
    - o Déjà Vu Act II, Inc.
- Mortgage Notes Copies (manila)
    - o Various loan #'s
- Legal Papers; Ali (Manila)
- Azeem Ali (File Folder)
    - o Deeds, Exhibits, lawsuit docs
- UCC Search

- Foreclosures (Purple)
    - Documents related to various foreclosures and lawsuits
- Cleveland & Lincoln, Glen Head, NY (Blue)
    - 2 Lincoln Ave., Glen Head, NY 11545
- R-14, Rhino, Idylwood, FL (Blue)
    - 4657 Idylwood Ln., Naples, FL
- 44 Sea Cliff Avenue Corp., Willouphby, FL (Red)
- R-13, Titus, Titus Drive (Yellow)
- Rhino Excavating, Mill River Road (Red)
- 620 S. Barfield Drive, Marco Island, Florida, Lot 11, Block 306, Unit 9 (Blue)
- Untitled (blue)
    - Documents regarding various Marco Island, Fl. Properties
- Richard & Arnold, 1881 Cascade Court, Marco Island, FL 34145 (red)
- Smith (manila)
    - 825 E 224th St, Bronx, NY
- Northfork Resources Loan # 5297-97
    - 107 Montauk Hughway, Amagansett, NY
    - 64600 Main Road, Southhold, NY
- Loans 5272 and 5273; Bournegar
    - 24-18 and 24-20 94th Street, East Elmont, NY
- Liabilities
    - List of liabilities
- Short Path docs.
- Loan 5296-96; Treasure Chest
- Loan 5301-101
    - Joseph Thangarajah
    - 102-40 86th Rd., Richmond Hill, NY
- Loan 5298-98;
    - Martha Y. Suarez de Garcia
    - 90 Hamilton Avenue, New Rochelle, NY
- **Loan Descriptions for Various Loans**

-

## Box 13

- 171 Carica Road, Naples, Florida 34108 (Blue)
    - Carica Road Corp.
    - Residential Building Loan
- Barfield, FL (Manila)
    - Macro Beach Unit 9 Block 306 Lot 11
- R-15, 44 Seacliff Ave., Hideaway Beach (Manila)

- Willouphby, FL (Manila)
    - $25,000 check from Exeter to 44 Sea Cliff Avenue Corp.- deposit
- Idlywood (Manila)
    - $60,000 check from Exeter to Rhino Excavating; Idlywood Lane, Naples, FL
- EX 5167- 44 Sea Cliff Avenue, Marco Island, FL 34145 (Red)
- North Fork Road, Glen Cove, NY (yellow)
    - 16 Norfolk Lane, Glen Cove- Single family residence
- #2 Bills- Eden Rock Corporation, 11 Eden Roc, Lattington NY, 11560 (File Folder)
    - Job Cost documents and photos
- Eden Rock (Manila) (2 folders)
- Short-Path IRS (manila)
    - Tax documents for Short Path House Corp
- Laurel Hill Path, Nissequoque, NY 11780 (Blue)
    - Laurel Hill Path Corp., 131 Jericho Tpke., Suite 205, Jericho
- Eden Rock Corporation, 11 Eden Rock, Lattington, NY 11560 (Brown File Folder)
- State Bank of Long Island (Blue Folder)
    - Agreement between SBLI and Eden Rock
- Fifth Third Bank (Begonia MGT) (Blue)
    - Fifth Third Bank v. Arnold Frank
- Begonia/Bank (manila)
    - Fifth Third Bank and Arnold Frank docs.

## Box 14

- EX 5188 0188; Moon Bay Development, Trafalgar Drive, Shirley, Lots 1397, 2055, 2093, 1468, 683, 193, Towamensing Trails, Pa (Blue)
- Mill Farm (Red)
    - 13 Mill Farm Lane Corp.
    - 29 Mill Farm Lane Corp
    - Phlegar v. Exeter and 29 Mill Farm Lane Corp
- EX 5153 001253; Moon Bay Dev. Corp. (2nd Mtg), 3 Northwest Estates, East Hampton, NY (Blue)
    - Residential Building Loan
- EX 5190 00190; Moonbay Development; No. 2,3,10 Northwest Woods, 140 Maggie Drive, 1 White Tail Knolls (Red)
    - No 2, 3, 10 Northwest Woods, East Hampton
    - Residential Building Loan
- EX 5247 00247; Quality Designer Homes (Purple)
    - Lot 11 Whispering Fields, Watermill, NY
- EX 5179 00179; Shinnecock Estates, LTD.; 636 Hands Creek Road, East Hampton, NY, 11937 (Manila)

- o Residential Building Loan
- Ex 5228 0028; John Chiarelli, Lot 2 MIDLD HWY, 3 NW and Whispering Fields (All) (Purple)
    - o Moon Bay Development Corp.
    - o 6 Old School House Lane, East Hampton
- EX 5218 00218; Moon Bay Development, Lot 1 St. Andrews & JT Venture (Whispering) (Green)
    - o Lot 1 St. Andrews, Southhampton,; P79 Corbett Drive, East Quogue,; P42 Malloy Drive, East Quogue,; Lot 27 Corbett Drive, East Quogue,; Lot 58 Corbett Drive, East Quogue; Lot Nos. 11-17, Rainbow Run, Lehigh Township, Wayne County, Pa.
- EX 5181 000181; Moon Bay Development, 21 Malloy Drive, East Quogue, NY (Red)
- Unlabeled (Manila)
    - o Various expenses, bills and checks
- EX 5174 00174; Quality Designer Homes/ Moonbay, Lots 1075, 1320, 1133, Towamensing Trails, PA (manila)
    - o George Heinlein v. Quality Designer Homes, Exeter, et al
- 207 Parrish Pond CT West, Southampton, NY 11968 (Bruce) COA/HDC- Steve Graziano (File Folder)
- Mill Farm/ Phlegar (manila)
    - o Phlegar v. 29 Mill Farm Lane Corp.

## Box 15

- EX 5025 00025; Frost Mill Dev. Corp. Lots A and B Valley Rd, Locust Valley, NY 11560 (blue)
- Tsoukas v. Exeter; Order to Show Cause and Summons
- 22 Bridge LN Reimbursements (red)
    - o Copies of checks
- Mohring- Miscellaneous (manila)
    - o Indenture, checks
- Larry Frank (Short Path) (manila)
- Lewis- Insurance (yellow)
    - o 3 Lewis Lane, Lattingtown
    - o 3 Lewis Lane Corp.
- Lewis- State Bank (yellow)
    - o Loan payment notices- 3 Lewis Lane Corp.
- Lewis (manila)
    - o Tax docs.
- Arnold Frank, 1670 Begonia Court, Marco Island, FL 34145 (blue)
- Steven Graziano Correspondence (blue)

- Related Properties- Lewis, Eden, Parrish Pond, Short Path, Begonia, Carica (manila)
    - Misc. docs and pictures of the above mentioned properties
- Carica (Red)
    - Arnold Frank; 171 Carica Road, Naples, FL 34112

## Box 16

- Exeter Holding v. Barrington Ebanks; docs
- Exeter Holding v. 825 E. 224th Corp. docs

## Box 17

- Exeter Financial Statements- 2007 and 2008

## Box 18

- 5272 and 5273- Bournegar Documents
- 5215- C.V.L. Development
- 5301- Thangarajah
- Exeter v. Garcia
- 5295- KAP Home Builders

## Box 19

- Déjà Vu Act II
    - Exeter v. Martha Yanet De Garcia
- Exeter v. Joseph Thangarajah
- Exeter Holding Bankruptcy Docket