# THE LAW OFFICES OF MARK J. FRIEDMAN P.C.

66 Split Rock Road

Syosset, New York 11791

Telephone (516) 653-2480

Mark J. Friedman, Esq.                                                                 Facsimile (516) 653-2481

MFriedman@FriedmanPC.com

December 18, 2014

**Via ECF**
Honorable Joanna Seybert
United States District Court – EDNY
100 Federal Plaza
Room 1034
Central Islip, New York 11722

      Re:    **Official Committee of Unsecured Creditors of Exeter Holding, Ltd. v. Linda Haltman, et al.**
             **Index No. 13-cv-05475-JS-AKT**

Dear Judge Seybert:

    The Law Offices Of Mark J. Friedman P.C. serves as counsel to Arnold Frank, Sondra Frank, and the Arnold and Sondra Frank Irrevocable Trust in the above-referenced matter. I am a solo practitioner and will be out of town on the date of the hearing currently scheduled before Your Honor on **December 23, 2014 at 2:00 p.m.** in the above-referenced matter. I respectfully request your permission to appear telephonically for the aforementioned hearing. Please understand that my travel plans were made prior to the scheduling of the aforementioned hearing date.

    Please do not hesitate to have a member of Your Honor's staff contact me if you have any questions or require additional information.

                                          Very truly yours,

                                          *s/Mark J. Friedman*

                                          Mark J. Friedman

cc:    Arnold and Sondra Frank (via e-mail)