# EXHIBIT C

**Bill**

3600156.1



230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Melanie L. Cyganowski
Member of the Firm
mcyganowski@otterbourg.com
212 905 3677

September 29, 2014

Gary Herbst, Esq.
LAMONICA HERBST & MANISCALCO, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11792

Marc Pergament, Esq.
WEINBERG, GROSS & PERGAMENT LLP
400 Garden City Plaza, Suite 403
Garden City, New York 11530

Mark Friedman, Esq.
THE LAW OFFICES OF MARK J. FRIEDMAN P.C.
66 Split Rock Road
Syosset, New York 11791

    Re: *In re Exeter Holding, Ltd.*, Case No. 1-77954 (AST), Bankr. E.D.N.Y.; *Official Committee of Unsecured Creditors of Exeter Holding, Ltd. v. Linda Haltman, et al.*, Case. No. 13-cv-05475 – JS-AKT, E.D.N.Y.

Dear Gentlemen:

  In accordance with our engagement letter dated May 1, 2014 (the "Engagement Letter"), enclosed is my bill for legal services as a neutral party to assist in resolving certain claims by and between (i) the plan administrator for the confirmed plan of Exeter Holding, Ltd. (the "Plan Administrator"), (ii) defendants Arnold Frank, Sondra Frank and the Arnold and Sondra Frank Irrevocable Trust (together, the "Arnold and Sondra Defendants"), and (iii) all other defendants (other than Larry Frank) (together, the "Remaining Defendants") in the above-referenced adversary proceeding.

  Pursuant to the Engagement Letter and at the request of the parties to use my discretion in apportioning fees, I believe that it is appropriate that the fees and costs be divided equally in three (3) parts. While there are many points in common among the defendants, their interests and arguments were sufficiently diverse that they were treated as separate parties in the mediation.

  The enclosed bill for the period from the beginning of the engagement through August 31, 2014 (the last fee entry was recorded in June; I did not bill for services rendered subsequent

3457342.2



September 29, 2014
Page 2

to our in-person mediation sessions) reflects fees and expenses totaling $53,541.69, which includes $51,958.00 in fees and $1,583.69 in expenses. Recognizing the current circumstances of the parties and the estate, and, notwithstanding the parties' agreement to pay our firm's fees in full, we have voluntarily reduced the amount of the fees by 10%. We hope and trust that each party will promptly pay its share of the bill.

Based on an apportionment of the bill in three parts, this results in the Plan Administrator, the Sondra and Arnold Defendants, and the Remaining Defendants each being responsible for $16,115.30, as reflected on the cover sheet of the attached invoice. We reserve the right to seek to collect the full amount of each party's share of the bill if not paid promptly.

We would appreciate payment by check or wire transfer to the Firm's account. For your convenience, the Firm's wire instructions are as follows:

Bank Name:              WELLS FARGO BANK
                        NEW YORK, NY

Account Name:           OTTERBOURG STEINDLER HOUSTON & ROSEN PC

Account Address:        230 PARK AVENUE
                        NEW YORK NY  10169

Account Number:         ███████████

Routing (incoming wires only):     121000248
Routing (ACH's and direct deposits) 026012881

Swift Code:             WFBIUS6S

Please do not hesitate to contact me if you have any questions.

Sincerely yours,

*Melanie L. Cyganowski*
Melanie L. Cyganowski

Enclosures

3457342.2

```
                    OTTERBOURG P.C.
                    230 PARK AVENUE
                 NEW YORK, NY  10169-0075
```

Gary Herbst, Esq.                                    September 17, 2014
LAMONICA HERBST & MANISCALCO, LLP                    BILL NO. 175827
3305 Jerusalem Avenue, Suite 201                     17173.0901
Wantagh, NY  11792

Marc Weingard, Esq.
WEINBERG, GROSS & PERGAMENT LLP
400 Garden City Plaza, Suite 403
Garden City, New York 11530

Mark Friedman, Esq.
THE LAW OFFICES OF MARK J. FRIEDMAN P.C.
66 Split Rock Road
Syosset, New York 11791

---

MATTER:   LINDA HALTMAN, ET AL.

| | |
|---|---:|
| LEGAL SERVICES (NEW CHARGES ONLY) THRU 08/31/2014 | 51,958.00 |
| LESS 10% DISCOUNT (SUBJECT TO TIMELY PAYMENT) | (5,195.80) |
| DISBURSEMENTS THRU 08/31/2014 | 1,583.69 |
| CURRENT TOTAL | $ 48,345.89 |

| | |
|---|---:|
| Plan Administrator Share (1/3) | 16,115.30 |
| Arnold and Sondra Defendants Share (1/3) | 16,115.30 |
| Remaining Defendants Share (1/3) | 16,115.29 |
| TOTAL | $ 48,345.89 |

3457997.1

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY  10169-0075

```
3305 JERUSALEM AVENUE - STE 201                              SEPTEMBER 17, 2014
WANTAGH, NY 11792                                              BILL NO. 175827
MARC WEINGARD, ESQ                                                 17173.0901
WEINBERG, GROSS & PERGAMENT LLP
400 GARDEN CITY PLAZA -STE. 403
GARDEN CITY, NY  11530
ATTN: GARY HERBST, ESQ.
LAMONICA HERBST & MANISCALCO, LLP
```

MATTER:   LINDA HALTMAN, ET AL

```
         LEGAL SERVICES (NEW CHARGES ONLY) THRU  08/31/2014        51,958.00
                         DISBURSEMENTS THRU      08/31/2014         1,583.69

                             CURRENT TOTAL                         53,541.69
```

## OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MEDIATION: EXETER HOLDING, LTD.  
Page 2

SEPTEMBER 17, 2014  
BILL NO. 175827

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Examine Documents<br>Docket in Exeter Case re: Defendants and Status | 04/24/14<br>JSF | .60 | 387.00 |
| Examine Documents<br>Calendar and Correspondence re: Scheduling of Mediation and Mediation Statements | 05/16/14<br>JSF | .40 | 258.00 |
| Examine Documents<br>Preliminary Review of Plaintiff's and LMBK Defendants' Mediation Statements | 05/19/14<br>JSF | 1.70 | 1,096.50 |
| Examine Documents<br>Complaint in Haltman Proceeding re: Causes of Action | 05/19/14<br>JSF | .40 | 258.00 |
| Examine Documents<br>Review of Complaint re: Allegations | 05/20/14<br>JSF | 1.20 | 774.00 |
| Examine Documents<br>Plaintiff's Mediation Statement and Exhibits | 05/20/14<br>JSF | 2.50 | 1,612.50 |
| Examine Documents<br>LMBK Defendants' Mediation Statement | 05/20/14<br>JSF | 2.10 | 1,354.50 |
| Memo<br>Summary of Complaint and Mediation Statements for Mediator | 05/20/14<br>JSF | 2.60 | 1,677.00 |
| Correspondence<br>E-Mails re: Scheduling of Pre-Mediation Calls | 05/20/14<br>JSF | .20 | 129.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MEDIATION: EXETER HOLDING, LTD.  SEPTEMBER 17, 2014
Page 3  BILL NO. 175827

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Telephone Call(s) Call with M. Friedman re: Defendants' Mediation Statement | 05/20/14 JSF | .20 | 129.00 |
| Preparation for Conference Reviewed mediation statements in preparation for mediation | 05/20/14 MLC | 1.10 | 984.50 |
| Examine Documents Mediation Statement of Arnold and Sondra Frank | 05/21/14 JSF | .70 | 451.50 |
| Telephone Call(s) Pre-Mediation Conference Call with Plaintiff and Counsel | 05/21/14 JSF | 1.00 | 645.00 |
| Examine Documents Exhibits to Plaintiff's Mediation Statement | 05/21/14 JSF | 1.40 | 903.00 |
| Examine Documents Prepare for Pre-Mediation Call with Plaintiff - Review of Mediation Statement | 05/21/14 JSF | .30 | 193.50 |
| Conference call(s) Conference call with counsel for plaintiff Plan Administrator in preparation for mediation | 05/21/14 MLC | 1.10 | 984.50 |
| Preparation for Conference Reviewed mediation statements in preparation for mediation | 05/21/14 MLC | 1.30 | 1,163.50 |
| Telephone Call(s) Conference Call with Defendants' Counsel | 05/22/14 JSF | 1.00 | 645.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MEDIATION: EXETER HOLDING, LTD.                              SEPTEMBER 17, 2014
Page 4                                                           BILL NO. 175827

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Examine Documents<br>Financial Information Provided by<br>Defendants | 05/22/14<br>JSF | 1.30 | 838.50 |
| Examine Documents<br>Plaintiff's Exhibits to Mediation<br>Statement | 05/22/14<br>JSF | 2.60 | 1,677.00 |
| Correspondence<br>Parties - Schedule of Mediation | 05/22/14<br>JSF | .10 | 64.50 |
| Examine Documents<br>Prepare for Call with Defendants -<br>Defendants' Mediation Statements | 05/22/14<br>JSF | .80 | 516.00 |
| Memo<br>Summary of Mediation Positions | 05/22/14<br>JSF | .80 | 516.00 |
| Conference call(s)<br>Pre-mediation conference call with<br>defendants' counsel | 05/22/14<br>MLC | .80 | 716.00 |
| Examine Documents<br>Plaintiff's Reply to Defendants' Mediation<br>Statement | 05/23/14<br>JSF | 1.60 | 1,032.00 |
| Examine Documents<br>Plaintiff's Binder of Exhibits | 05/23/14<br>JSF | 1.80 | 1,161.00 |
| Memo<br>Update Mediation Summary | 05/24/14<br>JSF | 2.50 | 1,612.50 |
| Examine Documents<br>Review and Mark Exhibits | 05/24/14<br>JSF | 1.80 | 1,161.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MEDIATION: EXETER HOLDING, LTD.  
Page 5

SEPTEMBER 17, 2014  
BILL NO. 175827

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Examine Documents<br>Review and Organization of Exhibits in Preparation for Mediation | 05/25/14<br>JSF | 2.70 | 1,741.50 |
| Examine Documents<br>Memo re: Summary of Mediation Statements and Positions | 05/25/14<br>JSF | 1.20 | 774.00 |
| Examine Documents<br>Defendants' Financial Information | 05/25/14<br>JSF | .30 | 193.50 |
| Preparation for Conference<br>Reviewed mediation statements in preparation for mediation statements | 05/25/14<br>MLC | 3.00 | 2,685.00 |
| Examine Documents<br>Prepare for Mediation - Continue to Review and Organize Exhibits | 05/26/14<br>JSF | 1.40 | 903.00 |
| Memo<br>Outline of Issues for Mediation | 05/26/14<br>JSF | 2.10 | 1,354.50 |
| Examine Documents<br>Review and Organize Documents for Use in Mediation | 05/26/14<br>JSF | .70 | 451.50 |
| Preparation for Conference<br>Reviewed mediation statements in preparation for mediation | 05/26/14<br>MLC | 2.50 | 2,237.50 |
| Conference(s) in Office<br>Mediation Session with Plaintiff and Defendants | 05/27/14<br>JSF | 5.20 | 3,354.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MEDIATION: EXETER HOLDING, LTD.  
Page 6

SEPTEMBER 17, 2014  
BILL NO. 175827

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Examine Documents<br>Prepare for Mediation Session - Review of Notes and Materials | 05/27/14<br>JSF | .50 | 322.50 |
| Conference(s) In Office<br>Mediation conference at Otterbourg with the parties and their counsel | 05/27/14<br>MLC | 7.00 | 6,265.00 |
| Conference Out of Office<br>Mediation session at LaMonica Herbst & Maniscalco with counsel for the Plan Administrator and the Haltmans | 06/10/14<br>MLC | 5.50 | 4,922.50 |
| Conference call(s)<br>Conference call with Gary Herbst, his counsel, Mark Friedman and Marc Weingard re status of mediation discussions | 06/20/14<br>MLC | .40 | 358.00 |
| Telephone Call(s)<br>Follow up call with Marc Weingard re mediation | 06/20/14<br>MLC | .50 | 447.50 |
| Conference call(s)<br>Conference call with Marc Pergament and Marc Weingard concerning settlement discussions | 06/23/14<br>MLC | .60 | 537.00 |
| Telephone Call(s)<br>Follow up telcon with Marc Pergament concerning settlement proposal | 06/23/14<br>MLC | .30 | 268.50 |
| Conference call(s)<br>Conference call with Mark Friedman, M/M Frank and Marc Pergament concerning settlement proposals | 06/23/14<br>MLC | .60 | 537.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY  10169-0075

MEDIATION: EXETER HOLDING, LTD.                                SEPTEMBER 17, 2014
Page 7                                                         BILL NO. 175827

| DESCRIPTION | DATE / ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Correspondence<br>Email to David Blansky concerning settlement proposals | 06/23/14<br>MLC | .20 | 179.00 |
| Conference call(s)<br>Conference call with counsel for the plan administration concerning mediation proposal | 06/24/14<br>MLC | .70 | 626.50 |
| Conference call(s)<br>Conference call with counsel for the defendants | 06/24/14<br>MLC | .30 | 268.50 |
| Examine Documents<br>Review of Document Binders for Return to Counsel | 06/25/14<br>JSF | .30 | 193.50 |
| Correspondence<br>M. Weingard - Document Binders | 06/25/14<br>JSF | .20 | 129.00 |
| Correspondence<br>Correspondence with counsel for Haltmans concerning status of mediation and related issues | 06/25/14<br>MLC | .30 | 268.50 |

                                                TOTAL FOR SERVICES            51,958.00

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MEDIATION: EXETER HOLDING, LTD.　　　　　　　　　　　　SEPTEMBER 17, 2014
Page 8　　　　　　　　　　　　　　　　　　　　　　　　　　BILL NO. 175827

DISBURSEMENTS FOR YOUR ACCOUNT

| | |
|---|---:|
| Laser Copies | 78.00 |
| Conference Call(s) | 102.31 |
| Document Retrieval | 16.00 |
| Meals,Chargeable(Dinner/Lunch) | 22.36 |
| Air Freight | 56.61 |
| Food Service - Conference | 352.56 |
| Photocopies | 955.85 |
| TOTAL DISBURSEMENTS | 1,583.69 |
| TOTAL THIS STATEMENT | 53,541.69 |

```
                        OTTERBOURG P.C.
                        230 PARK AVENUE
                     NEW YORK, NY  10169-0075
```

Gary Herbst, Esq.                                       September 17, 2014
LAMONICA HERBST & MANISCALCO, LLP                         BILL NO. 175827
3305 Jerusalem Avenue, Suite 201                              17173.0901
Wantagh, NY  11792

Marc Weingard, Esq.
WEINBERG, GROSS & PERGAMENT LLP
400 Garden City Plaza, Suite 403
Garden City, New York 11530

Mark Friedman, Esq.
THE LAW OFFICES OF MARK J. FRIEDMAN P.C.
66 Split Rock Road
Syosset, New York 11791

---

MATTER:   LINDA HALTMAN, ET AL.

## R E M I T T A N C E   P A G E

| | |
|---|---:|
| LEGAL SERVICES (NEW CHARGES ONLY) THRU 08/31/2014 | 51,958.00 |
| LESS 10% DISCOUNT (SUBJECT TO TIMELY PAYMENT) | (5,195.80) |
| DISBURSEMENTS THRU 08/31/2014 | 1,583.69 |
| CURRENT TOTAL | $ 48,345.89 |

| | |
|---|---:|
| Plan Administrator Share (1/3) | 16,115.30 |
| Arnold and Sondra Defendants Share (1/3) | 16,115.30 |
| Remaining Defendants Share (1/3) | 16,115.29 |
| TOTAL | $ 48,345.89 |

3457997.1