# ARNOLD & PORTER LLP

John D. Roesser
John.Roesser@aporter.com

+1 212.715.1344
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

APR 03 2015 ★

LONG ISLAND OFFICE

April 2, 2015

**Via ECF & Overnight Mail**

Magistrate Judge A. Kathleen Tomlinson
United States District Court – EDNY
814 Federal Plaza
Central Islip, New York 11722

Re:   *Official Committee of Unsecured Creditors of Exeter Holding, Ltd. v. Linda Haltman, et al.*, Case. No. 13-cv-05475-JS-AKT

Dear Judge Tomlinson,

The firm is special litigation counsel for Plaintiff Gary Herbst (the "Plaintiff" or "Plan Administrator"), in his capacity as plan administrator for the confirmed plan of Exeter Holding, Ltd. ("Exeter"), in the above-referenced proceeding. As you know, Plaintiff submitted a motion for sanctions against various defendants on February 2, 2015 (*see* Dkt. Nos. 92-95). In opposing Plaintiff's sanctions motion, Defendants Linda and Michael Haltman noticed a cross-motion to, *inter alia*, compel production of the original Exeter computer and the original forensic copy of the hard drive. Pursuant to Rule III.C of Your Honor's Individual Practice Rules, the parties respectfully request that the Court enter the stipulated briefing schedule set forth below for the Haltmans' upcoming motion to compel additional discovery (the "Motion").

The parties have agreed that Plaintiff will submit its opposition to the Motion to the Haltmans' counsel by email and regular mail on or before April 16, 2015. The Haltman Defendants will then file the Motion and their reply to Plaintiff's opposition via ECF on April 26, 2015 and submit a copy of the reply to Plaintiff by email. Likewise, Plaintiff will file his opposition via ECF on April 26, 2015.

*Briefing Schedule Approved*

**SO ORDERED**
/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: April 3, 2015
Central Islip, N.Y.

Sincerely,

/s John D. Roesser

John D. Roesser

# ARNOLD & PORTER LLP

Magistrate Judge A. Kathleen Tomlinson
April 2, 2015
Page 2

cc: Counsel of record (via ECF)

    Bruce Frank (via overnight mail)
    10295 Dowling Court
    Highlands Ranch, Colorado 80126-4768

    Kathleen Frank (via overnight mail)
    10295 Dowling Court
    Highlands Ranch, Colorado 80126-4768

    Arnold Frank (via overnight mail)
    10873 Northgreen Drive
    Lake Worth, Florida 33449

    Sondra Frank (via overnight mail)
    10873 Northgreen Drive
    Lake Worth, Florida 33449