# EXHIBIT D

**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

...............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: ajrlaw@aol.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
GEORGE N. BARA
KATHERINE GERACI

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* *of counsel*)

November 8, 2012

Peter J. Theobald
KLG Computer Forensics, LLC
6800 Jericho Turnpike, Suite 206E
Syosset, NY 11791

    Re:    Exeter Holding, Ltd.

Dear Mr. Theobald:

I apologize profusely for the delay in getting you the check on the signed retainer agreement. First we had to wait for a draw down on the credit line in this chapter 11 case, then the hurricane hit. Enclosed please find this firm's escrow check in the sum of $5,000.00 payable to your firm pursuant to the retainer agreement. I have obtained the consent of the Creditors Committee to your retention. I have signed the retainer letter. Should you go above this amount, we will prepare a retention application for the Bankruptcy Court and the Bankruptcy Court will have to approve the reasonableness of the fees. That is why I am not having the debtor sign off on this retainer at this point. Instead, my office will be sending you a Retention Application . In the meantime, please start work on analyzing the disk.

Thank you.

                                      Very truly yours,

                                      S/Avrum J. Rosen
AJR:ls                                Avrum J. Rosen
Enc.

cc via e-mail:  John Roesser
                   Linda Haltman
                   Marc Pergament, Esq.

R:\E\Exeter\Correspondence\Correspondence\let KLG Computer with check.wpd