# EXHIBIT E

| | |
|---|---|
| From: | "Pollack, Bonnie" <bpollack@CullenandDykman.com> |
| To: | "Roesser, John (John.Roesser@alston.com)" <John.Roesser@alston.com> |
| Copies to: | "mweingard@wgplaw.com" <mweingard@wgplaw.com>, "frank32@me.com" <frank32@me.com> |
| Subject: | FW: old invoice |
| Date sent: | Mon, 1 Dec 2014 19:13:32 +0000 |

John- I received the attached correspondence today from Transperfect. At the time you agreed to copy the hard drive for us, you knew (and advised me that you knew) that it could not be accessed without spending several tens of thousands of dollars to do so. Essentially, you copied a hard drive that had no value, knowing that it had no value, without first informing me of that fact and asking if I still wanted it copied. At best, your actions were misleading, and quite possibly worse. We will not pay this bill without the judge requiring us to do so. You can add this to the items to discuss at the conference you have requested which already includes issues pertaining to the hard drive. Thank you.

Bonnie Pollack, Esq.
Partner
Cullen and Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Phone No.: 516-357-3700
Direct Dial: 516-296-9143
Fax No.: 516-357-3792
bpollack@cullenanddykman.com

---

**From:** Joseph Kapler [mailto:jkapler@transperfect.com]
**Sent:** Monday, December 01, 2014 1:43 PM
**To:** Pollack, Bonnie
**Subject:** old invoice

Hello Bonnie,

I was given your name from Alston & Bird. Can you please let me know when payment can be made on this project.

Best,

Joey