# EXHIBIT F

Franco


Franco Cuadra

D: +1 (212) 294-2694


<http://www.winston.com/> www.winston.com

Winston & Strawn LLP

From: Deborah L. Dobbin [mailto:dldobbin@avrumrosenlaw.com]
Sent: Thursday, February 14, 2013 1:50 PM
To: Cuadra, Franco
Cc: ajrlaw
Subject: Re: Request for Documents


I will be sending you several large files in 8 parts with respect to your
request for investor notes. I have been advised that on September 30th of
each year, the Debtor issued superceded notes as reflected in the emails
that I will forward. The emails consist of notes not previously forwarded
or included with the debtor's earlier responses to document demands. I
forwarded your request to Rothbard & Sinchuk and have not had any response.
I re-forwarded your request today asking for any documents in their
possession, esp item #6. From what I understand, the Debtor did not
directly work with Deirdre Przygoda. She worked with/for Adam Markel. She
may have sinced resigned from the practice of law.

Deborah L. Dobbin, Esq.
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
tel (631) 423-8527
fax (631) 423-4536


---- Original Message ----
From: "Cuadra, Franco" <GCuadra@winston.com>
Sent: 2/1/2013 5:22:10 PM
To: "'AJRLAW@aol.com'" <AJRLAW@aol.com>, "'dldobbin@avrumrosenlaw.com'" <dldobbin@avrumrosenlaw.com>
Cc: "Roesser, John D." <JRoesser@winston.com>, "Russo, Lou" <LRusso@winston.com>
Subject: Request for Documents

Dear Deborah,

The Official Committee of Unsecured Creditors of Exeter Holding, Ltd., formally requests several documents (see 1-6 below) pursuant to the court-ordered stipulation of July 10, 2012 [Docket No. 150]. As such, we expect receipt of the documents requested within ten days of this request.

All promissory notes that Exeter or any of its related entities made to or received from any individual, corporation, association, partnership, or other entity in the calendar years 2009, 2010, and 2011. Documents responsive to this request include, but are not limited to, individual monthly interest promissory notes and annual summary notes, as issued to create or to add to the liabilities listed on Exeter financials as "loans payable-investors."

Any and all internal accounting records or documents of loan balances payable by Exeter or any of its related entities to any individual, corporation, association, partnership, or other entity for fiscal years ending 2009, 2010, and 2011. List all responsive documents by person or entity.

All records and/or documents of "Accounts Payable," other than those incurred by notes that Exeter or any of its related entities made to any individual, corporation, association, partnership, or other entity, in the fiscal years ending 2009, 2010, and 2011. List all responsive documents by person and/or entity.

Any and all promissory notes returned per Linda Haltman's request, advice, directives, or commands during calendar years 2009, 2010, and 2011.

Describe in detail any and all involvement Exeter, or any of its related entities, had with former New Jersey attorney Deirdre Przygoda or any entity related to her, including, but, not limited to, Przygoda & Associates.

Any and all documents from Exeter and/or any of its related entities pertaining or relating to insider, director, executive, manager, supervisor, advisor, consultant, or other employee or independent contractor compensation and/or income, including, but not limited to, payroll records and/or documents, such as W-2 statements, pay stubs, 1099 statements, and K1

statements, for the calendar years 2006 to 2012.

In the event that Exeter and/or its related entities does not possess, control, or otherwise store or maintain any of the documents requested above, please forward these requests to Rothbard & Sinchuk, and please copy
us in all communications with them.

Thank you for your cooperation in this matter, and have a good weekend.

Best regards,

Franco

Gianfranco J. Cuadra

Associate

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 (212) 294-2694

F: +1 (212) 294-4700

<http://www.winston.com/index.cfm?contentID=24&itemID=15423> Bio |
<http://www.winston.com/sitefiles/wsvcard/15423.vcf> VCard |
<mailto:gcuadra@winston.com> Email | <http://www.winston.com/>
www.winston.com

Winston & Strawn LLP

The contents of this message may be privileged and confidential. Therefore,
if this message has been received in error, please delete it without reading
it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of
the author.
*********************************************************************
**
** Any tax advice contained in this email was not intended to be used,

and
cannot be used, by you (or any other taxpayer) to avoid penalties under the
Internal Revenue Code of 1986, as amended.


The contents of this message may be privileged and confidential. Therefore,
if this message has been received in error, please delete it without reading
it. Your receipt of this message is not intended to waive any applicable
privilege. Please do not disseminate this message without the permission of
the author.
****************************************************************************
**
** Any tax advice contained in this email was not intended to be used, and
cannot be used, by you (or any other taxpayer) to avoid penalties under the
Internal Revenue Code of 1986, as amended.


The contents of this message may be privileged and confidential. Therefore,
if this message has been received in error, please delete it without reading
it. Your receipt of this message is not intended to waive any applicable
privilege. Please do not disseminate this message without the permission of
the author.
****************************************************************************
**
** Any tax advice contained in this email was not intended to be used, and
cannot be used, by you (or any other taxpayer) to avoid penalties under the
Internal Revenue Code of 1986, as amended.