# EXHIBIT G

# Weinberg, Gross & Pergament LLP

## ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
Partner

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

September 8, 2014

Via Hand Delivery

Gary F. Herbst, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793

Re: Exeter Holding Ltd., Case No. 811-77954-735

Dear Gary:

Enclosed please find three (3) boxes containing documents of Exeter Holding Ltd. ("Debtor") that were delivered to my office by Linda Haltman on September 4, 2014. The documents include original bank statements of the Debtor and certain of the Real Property Corporations, copies of certain of those bank statements and copies of investor promissory notes. Based on emails exchanged between Avrum Rosen's office and Winston & Strawn LLP and spreadsheets prepared by Winston & Strawn LLP, it appears that all of the bank statements and promissory notes were previously turned over by the Debtor to the Creditor's Committee during the period of September 2012 to March 2013.

Please call me with any questions.

Sincerely,

Marc A. Pergament

MAP:mi
Enclosures

cc: Via Email - John.Roesser@alston.com
John D. Roesser, Esq.
Alston & Bird LLP
(w/out Enclosures)