# EXHIBIT H

# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc J. Weingard

Telephone: (516) 877-2424 Ext. 233
Facsimile: (516) 877-2460
Email: mweingard@wgplaw.com

September 9, 2014

Via Hand Delivery

Gary F. Herbst, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793

Re: Exeter Holding Ltd., Case No. 811-77954-735

Dear Gary:

In furtherance of my email from earlier today, enclosed please find Exeter's corporate kit. The corporate kit was inadvertently omitted from the documents delivered to your office yesterday. It is my understanding that copies of the documents in the corporate kit were previously produced to the Creditors' Committee.

Please call me with any questions.

Sincerely,

Marc J. Weingard

MJW:mi
Enclosure

cc: Via Email - John.Roesser@alston.com
John D. Roesser, Esq.
Alston & Bird LLP
(w/out Enclosure)