# EXHIBIT I

Case 2:13-cv-05475-JS-AKT   Document 128-13   Filed 04/27/15   Page 2 of 2 PageID #: 3439

| | |
|---|---|
| From: | Self <mweingard@wgplaw.com> |
| To: | "David A. Blansky" <DAB@lhmlawfirm.com> |
| Subject: | Re: Exeter |
| Send reply to: | mweingard@wgplaw.com |
| Date sent: | Tue, 09 Sep 2014 14:57:00 -0400 |

David,

It is my understanding that Lind is dropping off corporate kits for the Property Corporations that Gary asked for me to have delivered earlier today. I did not realize she planned on doing this today, or I would have alerted you earlier. I think all she needs is for someone at your office to sign a receipt acknowledging the delivery of the corporate kits.