# EXHIBIT J

Black Beauty Kits delivered to Gary Herbst:

Box # 1

7 Whisperingfields Corp.

8 Whisperingfields Corp.

11 Whisperingfields Corp.

12 Whisperingfields Corp.

12 Souithampton Hills Court

Connecticut View Drive Corp

22 West Hills Court Corp.

Box #2

585 Lexington Avenue Corp

140 Maggie Drive Corp.

207 Parrish Pond Court West Corp.

29 Mill Farm Lane Corp.

3 Lewis Lane Corp.

17 Fox Lane Corp.

124 New York Avenue Corp

Box #3

Emerson Drive Associates

Eden Rock Corp

Laurel Hill Path Corp.

Osgood Place Corp

22 Bridge Lane Corp

13 Mill Farm Lane Corp.

Maplewood Associates

Box #4

Carica Road Corp

Brad Lane Corp

ShortPath House Corp

9 Van Buren Corp

Waverly Lane Assoc.

Via Trenta Corp

Soundside Ventures Ltd.

Bayville Avenue Corp

Box #5

Bittersweet Partners

Brad Lane Associates

Silas Carter Road Corp.

Longmeadow Builder's Corp

Via Trenta Partners, Inc.

Village Court Assosiates

Tullip Avenue Corp.

Begonia Court Corp.