# EXHIBIT K

| | |
|---|---|
| From: | **Self <mweingard@wgplaw.com>** |
| To: | **John.Roesser@alston.com** |
| Subject: | **Exeter** |
| Copies to: | **Louis.Russo@alston.com** |
| Send reply to: | **mweingard@wgplaw.com** |
| Date sent: | **Tue, 07 Oct 2014 09:28:11 -0400** |

John,

My client is going to be requesting that her bank provide her with an estimated cost to produce copies of all checks from the Haltmans' personal bank accounts in excess of $200 for the period of November 2007 to the petition date. I will forward you the copy estimate from the bank when I receive it.

With respect to the Property Corporation corporate kits delivered by my client to Mr. Herbst last month, I have confirmed that the corporate kits do not contain any information other than the basic information contained on the filing receipts. Also, with the exception of the Property Corporations listed below, the corporate kits relate to a time period prior to 2006:

94 Van Burden Inc.

Short Path House Corp.

22 West Hills Court Corp.

140 Maggie Drive Corp.

207 Parrish Pond Court West Corp.