# EXHIBIT O

# Marc Weingard

| | |
|---|---|
| **From:** | Roesser, John D. <John.Roesser@aporter.com> |
| **Sent:** | Friday, February 13, 2015 5:56 PM |
| **To:** | Marc Weingard |
| **Subject:** | Re: Exeter |

That is still a bit murky to me.  We have not recovered all of the documents.  And we are not sure that we can recover them all.

---

John D. Roesser

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1344
Cell Phone: +1 917.215.1364
john.roesser@aporter.com
www.arnoldporter.com


On Feb 13, 2015, at 5:43 PM, Marc Weingard <mweingard@wgplaw.com> wrote:

What about the recovered documents?

Sent from my iPhone

On Feb 13, 2015, at 5:35 PM, "Roesser, John D." <John.Roesser@aporter.com> wrote:

> Hi Marc,
>
> we can produce the PwC expert for deposition, subject to his schedule, if you agree to produce any expert you use in opposing the motion.
>
> Thanks,
> John

1

John D. Roesser

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1344
Cell Phone: +1 917.215.1364
john.roesser@aporter.com
www.arnoldporter.com


On Feb 12, 2015, at 4:10 PM, Marc Weingard <mweingard@wgplaw.com> wrote:

John,

I need an answer as to whether you are going to produce your computer expert for a deposition, together with any recovered documents.  Please let me know your position by tomorrow.  If I do not hear from you, I will be writing a letter to the Court requesting permission to depose your expert.


Marc J. Weingard
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Garden City, New York  11530
Phone: (516) 877-2424
Fax:  (516) 877-2460
email:  mweingard@wgplaw.com

This message is being sent from a law firm and may contain information that is confidential or privileged.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer