# EXHIBIT Q



NEW YORK STATE
**DEPARTMENT** *of*
**FINANCIAL SERVICES**

Andrew M. Cuomo                                             Benjamin M. Lawsky
Governor                                                          Superintendent

September 12, 2014

Arnold W. Frank
10873 Northgreen Drive
Wellington, FL 33449

Re:   **FOIL Request No. 14-126:  Exeter Holding Ltd. Final Volume of Operations Report - 2009.**

This is in response to your above-referenced request for information made to New York State Department of Financial Services ("the Department") under New York's Freedom of Information Law (New York Public Officers Law "POL" §87). As to the records you requested, please be advised that:

**X**   The Department is providing all of the records without redactions or deletions

☐   The Department does not have any of the records.

☐   The Department is not providing the records in its possession which are responsive to your request for the reason(s) indicated below.

☐   The Department is providing only certain records.  Please note, records were redacted and/or deleted for the reason(s) indicated below.

☐   1.   **Exempt from disclosure by State or Federal statute** POL 87(2) (a)

    a. ☐ **Examination/Investigatory material** exempt under BL 36(10)

    b. ☐ **Other**

☐   2.   **Unwarranted invasion of personal privacy** POL 87(2) (b)

☐   3.   **Impairment of contract awards negotiations** POL 87(2) (c)

☐   4.   **Trade secrets or submitted to an agency by, or derived from information obtained by, a commercial enterprise, which if disclosed would cause substantial injury to the competitive position of the enterprise** POL 87(2) (d)

☐   5.   **Compiled for law enforcement purposes which, if disclosed, would cause one or more of the harms** POL 87(2) (e) (i)-(iv)

☐   6.   **Endanger life or safety** POL 87(2) (f)

☐   7.   **Inter-agency/intra-agency materials which are not described in** POL 87(2) (g) (i)-(iv)

Any decision of the Department not to disclose records based on the section(s) of law specified above may be appealed to the Deputy Superintendent and Counsel, in writing, within 30 days pursuant to New York Public Officers Law § 89.  If you have any questions, please contact Harold Frye, Administrative Assistant, at (212) 709-1656 or by fax at (212) 709-1655.

Sincerely,

*Christine R. Cardi*

Christine R. Cardi
Assistant Counsel

Arnold Frank
10873 Northgreen Drive
Wellington, FL 33449

Dad, I need to get the last Volume of Operations Report from the New York State Banking department, but they will only give it to you. Can you send an email to Harold.Frye@dfs.ny.gov with a copy of your driver's license and have him send the report to you. You can reference the following : Freedom of Information Law ("FOIL") Request No. 14-126: Copy of last volume of operations report filed with banking dept. for Exeter Holding Ltd. #1574. Thanks Linda







BANKING DEPARTMENT

Licensed Mortgage Banker
Volume of Operations Report
2009

## A. CONTACT INFORMATION

B 5 0 ▨ ▨ ▨ ▨
Banker Number (see cover letter)

1. MAIN BUSINESS LOCATION

Exeter Holding LTD.
Legal Name of Business

131 Jericho Tpke., Suite 205     Jericho     NY     11753
Primary Address (Main Licensed Location)    City    State    Zip Code

( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨     ( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨
Primary Phone Number          Primary Fax Number

Corporate Website Address

2. HEAD OF ORGANIZATION

☑ Mr.
☐ Ms.   Arnold W.               Frank
      First Name    Middle Name    Last Name

Chairman            Loans@Exeterholding.com
Individual's Title in Company     E-mail Address

( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨
Phone Number

*Check Mr. or Ms., as appropriate*

3. OVERALL CONTACT

Provide the following information for an Overall Contact. The Overall Contact must have the authority and ability to coordinate general Banking Department business and inquiries and to receive all Department mail.

☑ Mr.
☐ Ms.   Linda              Haltman
      First Name    Middle Name    Last Name

President/Owner          Lindah@exeterholding.com
Individual's Title in Company     E-mail Address

                             null
Address         City      State     Zip Code

( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨     ( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨
Phone Number          Fax Number

*For items A-3 through A-5, provide address only if different from primary business address in A-1, above*

4. BILLING CONTACT (OPTIONAL)

If you choose to designate a separate Billing Contact to receive bills, provide the following information. Do not complete this item if the Billing Contact is the same as the Overall Contact.

☐ Mr.
☐ Ms. _____
      First Name    Middle Name    Last Name

Individual's Title in Company     E-mail Address

                             null
Address         City      State     Zip Code

( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨     ( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨
Phone Number          Fax Number

5. EXAMINATION CONTACT (OPTIONAL)

If you choose to designate a separate Examination Contact to coordinate examinations by the Department, provide the following information. Do not complete this item if the Examination Contact is the same as the Overall Contact.

☐ Mr.
☑ Ms.   Linda              Haltman
      First Name    Middle Name    Last Name

President             Exeterholding@aol.com
Individual's Title in Company     E-mail Address

                             null
Address         City      State     Zip Code

( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨     ( ▨▨▨ ) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨

N E W   Y O R K   S T A T E
**B A N K I N G   D E P A R T M E N T**

Licensed Mortgage Banker
Volume of Operations Report
2009

## B. GENERAL BUSINESS INFORMATION

### 1. ALTERNATE BUSINESS NAMES

For the reported calendar year, provide a list of all names (other than what is listed in Item A-1), including d/b/a, assumed, fictitious, and other names under which the Licensee conducted mortgage business on 1 - 4 family, owner-occupied, residential properties in New York State.

### 2. OFFICES

For the reported calendar year, provide the addresses of all locations (other than what is listed in Item A-1) at which the Licensee conducted mortgage business on 1 - 4 family, owner-occupied, residential properties in New York State. Also provide the full name, phone number, date of birth, and social security number of the branch manager or other person in charge for each location.

Address          City          State          Zip Code

☐ Mr.
☐ Ms.
Branch Manager/Person in Charge (First Name, Middle Name, Last Name)          Social Security Number

Date of Birth (mm-dd-yyyy)          Office Phone Number          Ext

### 3. GENERAL INFORMATION

What is the Registrant's present legal business structure?

☐ Sole Proprietorship          ☐ Partnership          ☑ Corporation          ☐ LLC          ☐ Series LLC

| | | |
|---|---|---|
| Has this structure changed since the previously reported calendar year? | ○ YES | ◉ NO |
| Is the Licensee a publicly traded company? | ○ YES | ◉ NO |
| Is 10% or more of the Licensee owned, either directly or indirectly, by a publicly traded company? | ○ YES | ◉ NO |
| Is the Licensee a HUD-approved FHA Lender (Full-Eagle)? | ○ YES | ◉ NO |
| Is the Licensee a HUD-approved FHA Loan Correspondent (Mini-Eagle)? | ○ YES | ◉ NO |
| Does the Licensee allow Web-based loan applications? | ○ YES | ◉ NO |
| Does the Licensee offer reverse mortgage loans to New York State residents? | ○ YES* | ◉ NO |

* If Yes, indicate the reverse mortgage program(s) offered:

☐ NYS          ☐ HUD/HECM          ☐ FNMA          ☐ Other (provide name)



N E W   Y O R K   S T A T E
BANKING DEPARTMENT

Licensed Mortgage Banker
Volume of Operations Report
2009

## C. OWNERSHIP INFORMATION

### 1. OWNERSHIP BY OTHER BUSINESS ENTITIES

Is the Licensee owned wholly or in part by one or more business entities?  ○ YES  ◉ NO

If No, skip to Item C-2. If Yes, provide the following information for each entity.

_____   ▓▓▓ %
Name of Business Entity                       Percentage of Ownership

_____   _____   _____   _____
Street Address              City       State     Zip Code

(▓▓▓) ▓▓▓-▓▓▓▓
Phone Number                E-mail Address

### 2. OWNERSHIP BY INDIVIDUALS

Is the Licensee owned wholly or in part by one or more individuals?  ◉ YES  ○ NO

If No, skip to Item D-1. If Yes, provide the following information for each individual.

☑ Mr.
☐ Ms.  Arnold W. _____ _____   Frank _____   ▓▓▓ %
       First Name   Middle Name   Last Name              Percentage of Ownership

Chairman _____   (▓▓▓) ▓▓▓-▓▓▓▓
Individual's Title in Company                 Home Phone Number

46 Ivy Drive _____   Jericho _____   NY _____   11753 _____
Home Address                      City                  State       Zip Code

▓▓-▓▓-▓▓▓▓                         ▓▓▓-▓▓-▓▓▓▓
Date of Birth (mm-dd-yyyy)        Social Security Number



NEW YORK STATE
BANKING DEPARTMENT

Licensed Mortgage Banker
Volume of Operations Report
2009

## D. DIRECTOR AND OFFICER INFORMATION

### 1. DIRECTORS

Does the Licensee have any directors?        ⊙ YES     ○ NO

If No, skip to Item D-2. If Yes, provide the following information for all directors.

☑ Mr.
☐ Ms.   Arnold W. _____   Frank _____
        First Name        Middle Name        Last Name

Chairman _____                    (███) ███-████
Individual's Title in Company                Home Phone Number

46 Ivy Drive _____   Jericho _____   NY ____   11753 _____
Home Address                   City            State     Zip Code

██-██-████ _____            ███-██-████ _____
Date of Birth (mm-dd-yyyy)     Social Security Number

☐ Mr.
☑ Ms.   Sondra _____   Frank _____
        First Name        Middle Name        Last Name

Secretary _____                    (███) ███-████
Individual's Title in Company                Home Phone Number

46 Ivy Drive _____   Jericho _____   NY ____   11753 _____
Home Address                   City            State     Zip Code

██-██-████ _____            ███-██-████ _____
Date of Birth (mm-dd-yyyy)     Social Security Number

### 2. EXECUTIVE OFFICERS

How many executive officers does the Licensee have?     ○ 0   ○ 1   ○ 2   ⊙ 3 or More

If the Licensee has no executive officers, skip to Item E-1.  If the Licensee has 1 or 2 executive officers, provide the following information for each officer. If the Licensee has 3 or more executive officers, provide the following information for the Licensee's three most senior executive officers.

☑ Mr.
☐ Ms.   Arnold W. _____   Frank _____
        First Name        Middle Name        Last Name

Chairman _____                    (███) ███-████
Individual's Title in Company                Home Phone Number

46 Ivy Drive _____   Jericho _____   NY ____   11753 _____
Home Address                   City            State     Zip Code

██-██-████ _____            ███-██-████ _____
Date of Birth (mm-dd-yyyy)     Social Security Number

☐ Mr.
☑ Ms.   Linda _____   Haltman _____
        First Name        Middle Name        Last Name

President _____                    (███) ███-████
Individual's Title in Company                Home Phone Number

23 Orchard Drive _____   Jericho _____   NY ____   11797 _____
Home Address                       City            State     Zip Code

██-██-████ _____            ███-██-████ _____
Date of Birth (mm-dd-yyyy)     Social Security Number

☑ Ms.   Sondra _____                                    Frank _____
         First Name                    Middle Name                   Last Name

Secretary _____                                        (▨▨▨) ▨▨▨-▨▨▨▨
Individual's Title in Company                                        Home Phone Number

46 Ivy Drive _____         Jericho _____          NY _____      11753 _____
Home Address                             City                         State             Zip Code

▨▨-▨▨-▨▨▨▨                                ▨▨▨-▨▨-▨▨▨▨
Date of Birth (mm-dd-yyyy)               Social Security Number

E. OTHER INFORMATION REGARDING INDIVIDUALS

| | |
|---|---|
| Employees include anyone who receives a W-2 form; independent contractors include anyone who receive a 1099 form from the Licensee | **1. TOTAL NUMBER OF INDIVIDUALS**<br><br>For the reported calendar year, state the total number of individuals who had any direct dealing (including soliciting, processing, placing, negotiating and/or lending) with mortgage loan applications for 1 - 4 family, owner-occupied, residential properties in New York State. Include owners, partners, stockholders with 10% or more voting stock in the Licensee, directors, agents, employees, independent contractors, consultants, and any other person(s) having a relationship with the Licensee similar to that of a consultant, regardless of where they live or work.<br><br>Total Number of Individuals Associated with the Licensee = ▨▨▨ , ▨▨▨▨ |

| | |
|---|---|
| If another person has been designated the Qualifier since licensure, provide the name of that person | **2. QUALIFIER INFORMATION**<br><br>Provide the full name and title of the Licensee's Qualifier. The Qualifier is the person who, at the time of licensure, was deemed to have met the minimum business experience requirements under Part 410.1(c) of the Superintendent's Regulations.<br><br>☑ Mr.<br>☐ Ms.  Arnold W. _____ Frank _____<br>        Qualifier First Name      Middle Name      Last Name<br><br>Chairman _____<br>Qualifier's Title in Company |

**3. CRIMINAL BACKGROUND CHECKS FOR DETERMINING FELONY CONVICTIONS**

Does the Licensee conduct criminal background checks for determining the felony convictions of its directors, officers, agents, employees, independent contractors, consultants, new owners, new partners, and any other persons having a relationship with the Licensee similar to that of a consultant?      ⊙ YES    ○ NO

If Yes, how often are these criminal background checks conducted?

☑ At time of hire only    ☐ Quarterly    ☐ Semi-annually    ☐ Yearly      ☐ Bi-annually

**4. INDIVIDUALS WITH FELONY CONVICTIONS**

a. Has a convicted felon served as owner, partner, stockholder with 10% or more of voting stock in the Licensee, director, officer, agent, employee, independent contractor, consultant, or in any other role at or with the Licensee during the reported calendar year or at any time since?      ○ YES    ⊙ NO

1. If No, skip to Item F-1. If Yes, provide the following details on each individual.

☐ Mr.<br>☐ Ms. _____<br>    First Name             Middle Name         Last Name

_____<br>Individual's Title in Company (if applicable)

▨▨-▨▨-▨▨▨▨                  ▨▨▨-▨▨-▨▨▨▨<br>Date of Birth (mm-dd-yyyy)                    Social Security Number

_____<br>Relationship with Licensee/Job Responsibilities

▨▨-▨▨-▨▨▨▨                  ▨▨-▨▨-▨▨▨▨<br>Date of Hire (mm-dd-yyyy)                   Date of Termination (mm-dd-yyyy)

b. State the crime committed, case number, court in which the case was adjudicated, and date of conviction:

_____<br>Crime Committed                        Case Number

                                         ▨▨-▨▨-▨▨▨▨<br>Court in Which Case Was Adjudicated           Date of Conviction (mm-dd-yyyy)

c. Has the Banking Department been officially notified about the employment of this felon?      ○ YES    ○ NO

    1. If Yes, has the Licensee received written consent from the Banking Department approving the Licensee's relationship with this individual?      ○ YES    ○ NO

d. Has the individual obtained a Certificate of Relief from Disabilities?      ○ YES    ○ NO

    1. If Yes, has the Certificate of Relief been provided to the Banking Department?      ○ YES    ○ NO*

N E W   Y O R K   S T A T E
BANKING DEPARTMENT

Licensed Mortgage Banker
Volume of Operations Report
2009

## F. LITIGATION, BANKRUPTCY, AND REGULATORY ACTIONS

### 1. LITIGATION

Is the Licensee involved in any financial services-related litigation?          ○ YES   ◉ NO

If Yes, provide the caption (name of case), index number, and court name for each case. You must attach a signed statement from legal counsel on whether the legal action materially impacts the Licensee's financial condition and/or ability to meet obligations. (If this report is being submitted electronically, mail the signed statement to: ATTN: MBD — VOOR, New York State Banking Department, One State Street, New York, NY 10004-1417.)

_____
Caption (Name of Case)

_____
Index Number of Case

_____
Court Name

### 2. BANKRUPTCY

In the reported calendar year or at any time since, has the Licensee or any of its owners, partners, stockholders with 10% or more of voting stock in the Licensee, directors, or officers filed for bankruptcy?          ○ YES   ◉ NO

If Yes, state the entity or individual filing for bankruptcy, the type of bankruptcy, and the date of filing.

_____
Entity or Individual Filing for Bankruptcy

_____
Type of Bankruptcy

▓▓ ▓▓ - ▓▓ ▓▓ - ▓▓ ▓▓ ▓▓ ▓▓
Date of Bankruptcy Filing (mm-dd-yyyy)

### 3. REGULATORY ACTIONS

In the reported calendar year or at any time since, has any state, federal, or foreign regulatory authority denied, suspended, revoked, or restricted the authorization to conduct a financial services-related business by Licensee or any of its owners, partners, stockholders with 10% or more of voting stock in the Licensee, directors, or officers?          ○ YES   ◉ NO

If Yes, provide the following information for each regulatory action.

_____
Name of Regulatory Authority

_____
Type of Regulatory Action

_____
Entity or Individual Subject to the Regulatory Action

_____
Amount of Fine (if applicable)

▓▓ ▓▓ - ▓▓ ▓▓ - ▓▓ ▓▓ ▓▓ ▓▓
Date of Regulatory Action (mm-dd-yyyy)

# G. THIRD-PARTY RELATIONSHIPS

### 1. REAL ESTATE APPRAISERS

Provide information for the three real estate appraisal companies/appraisers that obtained the largest number of payments from the Licensee and the Licensee's mortgage applicants in connection with the New York applications and loans in the reported calendar year.

(▨▨▨) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨

Name of Company (if applicable)          Phone Number

| Address | City | State | Zip Code |
|---|---|---|---|

☐ Mr.
☐ Ms. _____
Appraiser First Name          Middle Name          Last Name

(▨▨▨) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨

Name of Company (if applicable)          Phone Number

| Address | City | State | Zip Code |
|---|---|---|---|

☐ Mr.
☐ Ms. _____
Appraiser First Name          Middle Name          Last Name

(▨▨▨) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨

Name of Company (if applicable)          Phone Number

| Address | City | State | Zip Code |
|---|---|---|---|

☐ Mr.
☐ Ms. _____
Appraiser First Name          Middle Name          Last Name

### 2. TITLE INSURANCE AGENCIES

Provide information for the three title insurance agencies that obtained the largest number of payments from the Licensee and the Licensee's mortgage applicants in connection with the New York applications and loans in the reported calendar year.

(▨▨▨) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨

Name of Agency          Phone Number

| Address | City | State | Zip Code |
|---|---|---|---|

☐ Mr.
☐ Ms. _____
Contact Person First Name          Middle Name          Last Name

(▨▨▨) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨▨

Name of Agency          Phone Number

| Address | City | State | Zip Code |
|---|---|---|---|

☐ Mr.
☐ Ms. _____
Contact Person First Name          Middle Name          Last Name

☐ Mr.

☐ Ms. _____

Contact Person First Name      Middle Name      Last Name

NEW YORK STATE
BANKING DEPARTMENT

Licensed Mortgage Banker
Volume of Operations Report
2009

Important: Report actual whole dollar amounts in Parts H and I. Your report may be deemed incomplete if you fail to use actual whole dollar amounts. (Example: Seven million and twelve dollars and fifty-three cents must be stated as $7,000,013.)

## H. APPLICATION AND LOAN INFORMATION

**You must use one accounting basis consistently throughout Part H**

### 1. ACCOUNTING BASIS

Under what accounting basis are questions in Part H being answered? Mark only one box.

◉ Accrual Basis          ◯ Cash Basis

### 2. FIRST LIEN LOANS CLOSED ON PROPERTIES LOCATED IN NEW YORK STATE

Provide information for first lien mortgage loans closed by the Licensee as the lender on record during the reported calendar year for 1-4 family, owner-occupied, residential properties located in New York State, regardless of when, where, or how the application was taken. These numbers and amounts cannot be greater than the respective numbers and amounts reported for the entire U.S. (Item H-3).

| | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| VA (do not include High Cost Home Loans) | | $ |
| FHA (do not include High Cost Home Loans) | | $ |
| Conventional (do not include High Cost Home Loans) | | $ |
| High Cost Home Loans | | $ |
| Total | | $ |

### 3. FIRST LIEN LOANS CLOSED ON PROPERTIES IN THE U.S. (INCLUDING NEW YORK STATE)

Provide information for first lien mortgage loans closed by the Licensee as the lender on record during the reported calendar year for 1-4 family, owner-occupied, residential properties located anywhere in the United States, regardless of when, where, or how the application was taken. Note: The amounts reported here are for properties in all 50 States, including New York. Therefore, these numbers and amounts cannot be less than the respective numbers and amounts reported for New York State along (Item H-2).

| | Number of Loans for United States | Dollar Amount of Loans for United States |
|---|---|---|
| VA (do not include High Cost Home Loans) | | $ |
| FHA (do not include High Cost Home Loans) | | $ |
| Conventional (do not include High Cost Home Loans) | | $ |
| High Cost Home Loans | | $ |
| Total | | $ |

### 4. JUNIOR LIEN LOANS CLOSED ON PROPERTIES LOCATED IN NEW YORK STATE

Provide information for junior lien mortgage loans closed by the Licensee as the lender on record during the reported calendar year for 1-4 family, owner-occupied, residential properties located in New York State, regardless of when, where, or how the application was taken. These numbers and amounts cannot be greater than the respective numbers and amounts reported for the entire U.S. (Item H-5).

| | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| Open Ended (do not include High Cost Home Loans) | | $ |
| Closed Ended (do not include High Cost Home Loans) | | $ |
| High Cost Home Loans | | $ |
| Total | | $ |

**5. JUNIOR LIEN LOANS CLOSED ON PROPERTIES IN THE U.S. (INCLUDING NEW YORK STATE)**

Provide information for junior lien mortgage loans closed by the Licensee as the lender on record during the reported calendar year for 1-4 family, owner-occupied, residential properties located anywhere in the United States, regardless of when, where, or how the application was taken. Note: The amounts reported here are for properties in all 50 states, including New York. Therefore, these numbers and amounts cannot be less than the respective numbers and amounts reported for New York State alone (Item H-4).

|  | Number of Loans for United States | Dollar Amount of Loans for United States |
|---|---|---|
| Open Ended (do not include High Cost Home Loans) | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| Closed Ended (do not include High Cost Home Loans) | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| High Cost Home Loans | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| Total | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |

**6. MORTGAGE APPLICATIONS BROKERED**

For the reported calendar year, provide information on any and all mortgage loan applications brokered by the Licensee to other lenders or brokers for 1-4 family, owner-occupied, residential properties located in New York State, regardless of when, where, or how the application was taken and regardless of the final decision on the application. Do not include loans closed by the Licensee as the lender on record (i.e., do not include the loans reported in Items H-2 through H-5, above). Also do not include mortgage applications processed for other entities (i.e., do not include the applications reported in Item H-7, below).

|  | Number Applied for in New York State | Dollar Amount Applied for in New York State |
|---|---|---|
| High Cost Home Loan Applications | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| Other Mortgage Loan Applications | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| Total | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |

**7. MORTGAGE APPLICATIONS PROCESSED**

For the reported calendar year, provide information on any and all mortgage loan applications processed by the Licensee on behalf of other entities, for 1-4 family, owner-occupied, residential properties located in New York State, regardless of the final decision on the application. Include only applications for which you functioned solely as a back office processor for another entity. Do not include loans closed by the Licensee as the lender on record (i.e., do not include the loans reported in Items H-2 through H-5, above). Also do not include mortgage applications brokered (i.e., do not include the applications reported in Item H-6, above).

|  | Number Applied for in New York State | Dollar Amount Applied for in New York State |
|---|---|---|
| High Cost Home Loan Applications | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| Other Mortgage Loan Applications | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |
| Total | ▨▨▨ , ▨▨▨ | $ ▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨ |

**8. REVENUE EARNED**

For the reported calendar year, provide information on any revenue earned in connection with mortgage loans closed, applications brokered, and applications processed for 1 - 4 family, owner-occupied, residential properties located in New York State. Do not include the income reported in Item H-9, below.

(i) Total Points Paid to Licensee by Borrowers $ ▨▨▨ , ▨▨▨ , ▨▨▨

(ii) Total Points Paid to Licensee by Lenders, including Yield Spread Premiums $ ▨▨▨ , ▨▨▨ , ▨▨▨

(iii) Other Earnings (include interest income and application and processing fees, but not points reported in [i] and [ii], above) $ ▨▨▨ , ▨▨▨ , ▨▨▨

(iv) Total New York-Related Gross Revenue (must equal the sum of [i] + [ii] + [iii], above) $ ▨▨▨ , ▨▨▨ , ▨▨▨

9. SUPPLEMENTAL INCOME INFORMATION

For the reported calendar year, provide information on the following income related to 1 - 4 family, owner-occupied, residential properties located in New York State.

Earnings from Loan-Servicing Activities $ ▦▦▦ , ▦▦▦ , ▦▦▦

Earnings from the Secondary Market $ ▦▦▦ , ▦▦▦ , ▦▦▦
(i.e., service release premiums and gain on sale)

Points and Fees Collected and Passed Through $ ▦▦▦ , ▦▦▦ , ▦▦▦
to (a) a third-party mortgage loan service provider, such as a credit report
provider, appraiser, or attorney, or (b) another licensed mortgage banker,
registered broker,
or exempt institution (such as a commercial bank)


N E W   Y O R K   S T A T E
B A N K I N G   D E P A R T M E N T

Licensed Mortgage Banker
Volume of Operations Report
2009

Important: Report actual whole dollar amounts in Parts H and I. Your report may be deemed incomplete if you fail to use actual whole dollar amounts. (Example: Seven million and twelve dollars and fifty-three cents must be stated as $7,000,013.)

## I. LOANS SERVICED

### 1. MORTGAGE LOANS SERVICED

In the reported calendar year, did the Licensee service mortgage loans for other entities secured by 1 - 4 family, owner-occupied, residential properties located in New York State?

○ YES      ☉ NO

If Yes, provide the following information for all entities for whom the Licensee serviced mortgage loans secured by 1 - 4 family, owner-occupied, residential properties located in New York State. Report the number and the total outstanding principal amount for each such entity as of the end of the reported calendar year.

_____     (▨▨▨) ▨▨▨ -▨▨▨▨ Ext. ▨▨▨▨
Name of Entity                       Phone Number

☐ Mr.
☐ Ms.
_____
    Contact Person First Name      Middle Name      Last Name

_____
Contact Person's Title in Company

_____      _____      _____   _____
Address                              City          State     Zip Code

▨▨▨ , ▨▨▨                            $▨▨▨ , ▨▨▨ , ▨▨▨ , ▨▨▨

Total Number of Loans Serviced       Total Outstanding Principal Amount



N E W   Y O R K   S T A T E
B A N K I N G   D E P A R T M E N T

Licensed Mortgage Banker
Volume of Operations Report
2009

## J. IDENTIFICATION NUMBERS

Be sure to state your RID with leading zeros; do not use dashes

1. HOME MORTGAGE DISCLOSURE ACT (HMDA) REPORTER ID:

Provide your ten-digit Home Mortgage Disclosure Act (HMDA) Reporter ID (RID). The RID must be reported with leading zeros so that the total number of digits is ten. Do not include dashes. (For example, the source number 12345 must be stated as 0000012345.)

2. FEDERAL EMPLOYER IDENTIFICATION NUMBER (FEIN):

Provide your nine-digit Federal Employer Identification Number (FEIN). This number is also sometimes known as your Federal Tax Identification Number

**N E W   Y O R K   S T A T E**
**B A N K I N G   D E P A R T M E N T**

Licensed Mortgage Banker
Volume of Operations Report
2009

Important: Report actual whole dollar amounts in Parts K. Your report may be deemed incomplete if you fail to use actual whole dollar amounts.
(Example: $7,000,012.53 must be stated as $7,000,013.)

## K. TYPES OF LOANS CLOSED

### 1. FURTHER DETAILS OF FIRST LIEN LOANS CLOSED ON PROPERTIES IN NEW YORK

Provide details regarding first lien loans listed in Item H-2 of this VOOR Report (i.e., first lien loans closed on properties located in New York State). Provide a breakdown of those loans using the categories in the tables below.

**Table 1-A. Purchase/Refinance**

| | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| (i) Purchase | | $ |
| (ii) Refinance | | $ |
| (iii) Total (must equal the sum of [i] + [ii]; must also equal Total in Item H-2) | | $ |

**Table 1-B. Fixed Rate/Adjustable Rate/Interest Only**
(pricing breakdown of total first lien loans - purchase and refinance - reported in Table 1-A, above)

| | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| (iv) Fixed Rate (do not include interest only) | | $ |
| (v) Adjustable Rate (do not include interest only loans) | | $ |
| (vi) Interest Only | | $ |
| (vii) Total (must equal the sum of [iv] + [v] + [vi]; must also equal Total in | | $ |

**Table 1-C. Terms of Adjustable Rate Loans Reported in Table 1-B**

| | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| (viii) Adjustable Rate Loans with an initial fixed term of 36 months or less | | $ |
| (ix) Adjustable Rate Loans with an initial fixed term of more than 36 months | | $ |

### 2. PIGGYBACK JUNIOR LIEN LOANS CLOSED ON PROPERTIES IN NEW YORK STATE

Provide details regarding junior lien loans simultaneously originated with first liens reported in Item H-2 of this VOOR Report.

| | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| Piggybacks | | $ |

N E W   Y O R K   S T A T E
B A N K I N G   D E P A R T M E N T

Licensed Mortgage Banker
Volume of Operations Report
2009

Important: Report actual whole dollar amounts in Part L. Your report may be deemed incomplete if you fail to use actual whole dollar amounts. (Example: $7,000,012.53 must be stated as $7,000,013.)

## L . SUBPRIME LOANS

### 1 . FIRST LIEN SUBPRIME LOANS CLOSED ON PROPERTIES IN NEW YORK STATE

Provide details regarding first lien subprime loans closed on properties located in New York State. Provide a breakdown of those loans using the categories in the tables below. See instructions for definition of subprime loan.

**Table 1-A. Purchase/Refinance**

|  | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| (i) Purchase | | $ |
| (ii) Refinance | | $ |
| (iii) Total (must equal the sum of [i] + [ii]) | | $ |

**Table 1-B. Fixed Rate/Adjustable Rate/Interest Only**
(pricing breakdown of total first lien subprime loans - purchase and refinance - reported in Table 1-A, above)

|  | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| (iv) Fixed Rate (do not include interest only loans) | | $ |
| (v) Adjustable Rate (do not include interest only loans) | | $ |
| (vi) Interest Only | | $ |
| (vii) Total (must equal the sum of [iv] + [v] + [vi]) | | $ |

**Table 1-C. Terms of Adjustable Rate Loans Reported in Table 1-B**

|  | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| (viii) Adjustable Rate Loans with an initial fixed term of 36 months or less | | $ |
| (ix) Adjustable Rate Loans with an initial fixed term of more than 36 months | | $ |

### 2. JUNIOR LIEN SUBPRIME LOANS CLOSED ON PROPERTIES IN NEW YORK STATE

Provide details regarding junior lien subprime loans closed on properties located in New York State. See instructions for definition of subprime loan.

|  | Number of Loans for New York State | Dollar Amount of Loans for New York State |
|---|---|---|
| Junior Lien Subprime Loans | | $ |

**N E W   Y O R K   S T A T E**
**B A N K I N G   D E P A R T M E N T**

Licensed Mortgage Banker
Volume of Operations Report
2009

## AFFIDAVIT

SUBMISSION OF THIS REPORT VIA THE INTERNET IS MADE POSSIBLE BY A PASSWORD THAT WAS GIVEN BY THE BANKING DEPARTMENT TO THE MAIN CONTACT OR ONE OF THE OWNERS OR PRINCIPAL OFFICERS OF THE LICENSED/REGISTERED ENTITY.

I,   Linda Haltman                              (full name), being the   President

(title) of the Licensee/Registrant, swear/affirm that I am an owner or one of the principal officers authorized to submit this Volume of Operations Report via the Internet and that the information contained herein is accurate, true, correct, and complete to the best of my knowledge and belief.

P L E A S E   N O T E

> ALL QUESTIONS MUST BE ANSWERED AS INSTRUCTED. INACCURATE OR INCOMPLETE REPORTING MAY RESULT IN REGULATORY ACTIONS INCLUDING THE LEVY OF A FINE PURSUANT TO SECTION 44-a OF THE NEW YORK BANKING LAW.

- Keep copies of this and all correspondence with the Banking Department.
- Only conduct regulated mortgage activities at licensed/registered locations.
- Request approval from the Superintendent before a change of control (Banking Law Section 594-b).
- Communicate changes of ownership promptly in writing.
- Work only with licensed/registered/exempt entities.
- See the requirements for new branches and address changes at www.banking.state.ny.us/iambb.htm
- Comply with all mortgage business laws and regulations.

www.banking.state.ny.us



N E W   Y O R K   S T A T E
B A N K I N G   D E P A R T M E N T

Licensed Mortage Banker
Volume of Operations Report
2009

### VOOR - Confirmation Report

Your 2009 VOOR has been submitted online successfully at 04:09 PM, March    15, 2010.  Your confirmation number is B0007408.

Should you identify any inaccurate information, you will have one opportunity to make corrections online, through April 02, 2010.  After that, if you need to revise the report, you must do so by mail.