# EXHIBIT R

9:17 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of September 30, 2009

|  | Sep 30, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 20 · CASH-STATE BANK | 97,719.75 |
| 21 · CASH-CHASE MANHATTAN | 53,771.67 |
| **Total Checking/Savings** | 151,491.42 |
| **Accounts Receivable** | |
| 1200 · INTEREST REC.-MORTGAGES | 2,580,339.61 |
| **Total Accounts Receivable** | 2,580,339.61 |
| **Other Current Assets** | |
| 1236 · DUE FROM TITLE CO-HERNANDEZ | 75,000.00 |
| 1011 · DUE FROM IRS | 13,112.13 |
| 1015 · OWNED REAL ESTATE | |
| 1015-13 · ROAD-VIA TRENTA CT. | 48,040.06 |
| 1015-16 · LOT 5- VIA TRENTA CT. | 88,191.36 |
| **Total 1015 · OWNED REAL ESTATE** | 136,231.42 |
| 1023 · MORTGAGE REC.- MATRIANO | 5,000.00 |
| 1024 · SECURITY DEPOSIT | 2,600.00 |
| 1027 · DUE FROM TITLE CO. ON TOUSSANT | 23,523.00 |
| 1210 · PRINCIPAL REC.- MORTGAGES | 14,027,718.57 |
| **Total Other Current Assets** | 14,283,185.12 |
| **Total Current Assets** | 17,015,016.15 |
| **Fixed Assets** | |
| 1100 · OFFICE EQUIPMENT | 35,186.16 |
| 1101 · DEP.-OFFICE EQUIPMENT | (35,186.18) |
| 1102 · LEASEHOLD IMPROVEMENT | 4,995.35 |
| 1103 · ACC. AMORT.-L.H.I. | (4,995.35) |
| 1105 · FIXED ASSET-OFFICE FURNITURE | 15,561.50 |
| 1106 · DEP-OFFICE FURNITURE | (15,561.51) |
| **Total Fixed Assets** | (0.03) |
| **Other Assets** | |
| 1028 · DUE FROM COLORADO EXETER | 157,687.06 |
| 1148 · LOAN RECEIVABLE- OFFICER | 142,991.41 |
| 1150 · EXCHANGE-MISC | 459,209.65 |
| 1153 · INVESTMENTS - RELATED CORPS | |
| 1111 · DEPOSIT ON MILL NECK PROPERTY | 50,390.00 |
| 1112 · DEPOSIT ON THE LANE, LAUREL HOL | 50,000.00 |
| 1153-12 · CLEVLAND & LINCOLN | 60,000.00 |
| 1153-21 · NEW YORK AVE. SMITHTOWN | 12,915.00 |
| 1153-22 · OSGOOD AVE, SMITHTOWN | 12,815.00 |
| 1153-23 · DEPOSIT MILL RIVER ROAD | 55,000.00 |
| 1153-24 · BEGONIA COURT | 900,052.15 |
| 1153-25 · 1880 CASCADE CT, MARCO ISLAND | 758,750.00 |
| 1153-26 · EDEN ROC | 1,599,381.28 |
| 1153-28 · 171 CARICA ROAD | 710,386.98 |
| 1153-30 · 3 LEWIS LANE | 1,599,556.94 |
| 1153-31 · BARFIELD ROAD | 175,000.00 |
| 1153-33 · 29 MILLFARM LANE | 1,830,475.90 |
| 1153-39 · DEPOSIT ON CARMEN LANE | 47,582.50 |
| 1153-4 · WILLOUPHBY ACRES | 25,000.00 |
| 1153-40 · DEPOSIT ON SHORTPATH | 2,042,468.40 |
| 1153-41 · FOX LANE TWO | 100,000.00 |
| 1153-6 · TITUS AVE | 50,000.00 |
| 1153-51 · LOT 13 PARISH POND | 1,537,228.57 |
| 1153-9 · IDYLWOOD (IDYLWOOD) | 60,000.00 |
| **Total 1153 · INVESTMENTS - RELATED CORPS** | 11,677,002.72 |
| **Total Other Assets** | 12,436,890.84 |

9:17 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of September 30, 2009

|  | Sep 30, 09 |
|---|---:|
| **TOTAL ASSETS** | 29,451,906.96 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         2100 · Prior Payroll Liabilities | 13.00 |
|         2152 · LOAN PAYABLE-STATE BANK | 5,172,000.00 |
|         2154 · ACCRUED EXPENSES - OPERATING | 13,921.60 |
|         2155 · BONUS PAYABLE | 35,702.00 |
|         2156 · INSURANCE PAYABLE | 578.72 |
|         2158 · INTEREST PAYABLE-STATE BANK | 25,917.85 |
|         2159 · REAL ESTATE TAXES PAYABLE | 50,172.19 |
|         2160 · REPAY-EXP. PAYABLE | 74,564.49 |
|         2163 · LOAN PAYABLE-BEGONIA | 527,444.52 |
|         2200 · Payroll Liabilities | |
|           2210 · FWT Payable | 1,034.00 |
|           2220 · FICA Payable | 1,240.00 |
|           2230 · Medicare Payable | 290.00 |
|           2240 · SWT Payable | 510.66 |
|           2250 · FUTA PAYABLE | (56.00) |
|           2260 · SUTA PAYABLE | 127.50 |
|         Total 2200 · Payroll Liabilities | 3,146.16 |
|       Total Other Current Liabilities | 5,903,460.53 |
|     Total Current Liabilities | 5,903,460.53 |
|     Long Term Liabilities | |
|       2301 · LOAN PAYABLE-ARNOLD FRANK | 298,032.01 |
|       2302 · LOAN PAYABLE-COHEN TRUST | 3,184,293.29 |
|       2303 · LOAN PAYABLE-HALTMAN | 464,028.09 |
|       2304 · LOAN PAYABLE-INVESTORS | 17,088,938.72 |
|       2305 · LOAN PAYABLE-REPAY | (47,195.18) |
|       2306 · LOAN PAYABLE S. FRANK | 2,109,072.31 |
|     Total Long Term Liabilities | 23,097,169.24 |
|   Total Liabilities | 29,000,629.77 |
|   Equity | |
|     2500 · CAPITAL STOCK | 250,000.00 |
|     3010 · PAID IN CAPITAL | 717,272.34 |
|     3900 · *Retained Earnings | 1,566,587.33 |
|     3910 · DISTRIBUTIONS TO SHAREHOLDER | (70,342.37) |
|     Net Income | (2,012,240.11) |
|   Total Equity | 451,277.19 |
| **TOTAL LIABILITIES & EQUITY** | 29,451,906.96 |

9:18 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of September 30, 2010

|  | Sep 30, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 20 · CASH-STATE BANK | 685.51 |
| 21 · CASH-CHASE MANHATTAN | 35,489.99 |
| **Total Checking/Savings** | 36,175.50 |
| **Accounts Receivable** | |
| 1200 · INTEREST REC.-MORTGAGES | 2,117,816.53 |
| **Total Accounts Receivable** | 2,117,816.53 |
| **Other Current Assets** | |
| 1236 · DUE FROM TITLE CO-HERNANDEZ | 75,000.00 |
| 1011 · DUE FROM IRS | 13,112.13 |
| 1015 · OWNED REAL ESTATE | |
| 1015-90 · Hillside Ave | 76,835.80 |
| 1015-13 · ROAD-VIA TRENTA CT. | 53,051.10 |
| 1015-16 · LOT 5- VIA TRENTA CT. | 88,216.36 |
| Total 1015 · OWNED REAL ESTATE | 218,103.26 |
| 1023 · MORTGAGE REC.- MATRIANO | 5,000.00 |
| 1024 · SECURITY DEPOSIT | 2,600.00 |
| 1027 · DUE FROM TITLE CO. ON TOUSSANT | 23,523.00 |
| 1210 · PRINCIPAL REC.- MORTGAGES | 12,631,507.08 |
| **Total Other Current Assets** | 12,968,845.47 |
| **Total Current Assets** | 15,122,837.50 |
| **Fixed Assets** | |
| 1100 · OFFICE EQUIPMENT | 35,186.16 |
| 1101 · DEP.-OFFICE EQUIPMENT | (35,186.18) |
| 1102 · LEASEHOLD IMPROVEMENT | 4,995.35 |
| 1103 · ACC. AMORT.-L.H.I. | (4,995.35) |
| 1105 · FIXED ASSET-OFFICE FURNITURE | 15,561.50 |
| 1106 · DEP-OFFICE FURNITURE | (15,561.51) |
| **Total Fixed Assets** | (0.03) |
| **Other Assets** | |
| 1028 · DUE FROM COLORADO EXETER | 202,725.36 |
| 1148 · LOAN RECEIVABLE- OFFICER | 142,991.41 |
| 1150 · EXCHANGE-MISC | 460,709.65 |
| 1153 · INVESTMENTS - RELATED CORPS | |
| 1111 · DEPOSIT ON MILL NECK PROPERTY | 60,390.00 |
| 1112 · DEPOSIT ON THE LANE, LAUREL HOL | 50,000.00 |
| 1153-12 · CLEVLAND & LINCOLN | 60,000.00 |
| 1153-21 · NEW YORK AVE. SMITHTOWN | 12,940.00 |
| 1153-22 · OSGOOD AVE, SMITHTOWN | 12,840.00 |
| 1153-23 · DEPOSIT MILL RIVER ROAD | 55,000.00 |
| 1153-24 · BEGONIA COURT | 901,039.28 |
| 1153-25 · 1880 CASCADE CT, MARCO ISLAND | 758,750.00 |
| 1153-26 · EDEN ROC | 1,633,775.81 |
| 1153-28 · 171 CARICA ROAD | 710,960.48 |
| 1153-30 · 3 LEWIS LANE | 1,623,226.40 |
| 1153-31 · BARFIELD ROAD | 175,000.00 |
| 1153-33 · 29 MILLFARM LANE | (31,900.00) |
| 1153-39 · DEPOSIT ON CARMEN LANE | 47,582.50 |
| 1153-4 · WILLOUPHBY ACRES | 25,000.00 |
| 1153-40 · DEPOSIT ON SHORTPATH | 2,070,041.14 |
| 1153-41 · FOX LANE TWO | 100,000.00 |
| 1153-5 · TITUS AVE | 50,000.00 |
| 1153-51 · LOT 13 PARISH POND | 1,691,240.55 |
| 1153-9 · IDYLWOOD (IDYLWOOD) | 60,000.00 |
| Total 1153 · INVESTMENTS - RELATED CORPS | 10,065,886.16 |
| **Total Other Assets** | 10,862,312.58 |

9:18 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of September 30, 2010

|  | Sep 30, 10 |
|---|---:|
| **TOTAL ASSETS** | 25,985,150.05 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2100 · Prior Payroll Liabilities | 18.20 |
| 2152 · LOAN PAYABLE-STATE BANK | 4,591,100.00 |
| 2154 · ACCRUED EXPENSES - OPERATING | 21,421.60 |
| 2155 · BONUS PAYABLE | 75,698.00 |
| 2156 · INSURANCE PAYABLE | 3,028.72 |
| 2158 · INTEREST PAYABLE-STATE BANK | 64,520.60 |
| 2159 · REAL ESTATE TAXES PAYABLE | 51,972.19 |
| 2160 · REPAY-EXP. PAYABLE | 41,619.31 |
| 2163 · LOAN PAYABLE-BEGONIA | 527,444.52 |
| 2200 · Payroll Liabilities | |
| 2220 · FICA Payable | (309.98) |
| 2230 · Medicare Payable | (72.52) |
| 2240 · SWT Payable | (5.25) |
| **Total 2200 · Payroll Liabilities** | (387.75) |
| **Total Other Current Liabilities** | 5,376,435.39 |
| **Total Current Liabilities** | 5,376,435.39 |
| **Long Term Liabilities** | |
| 2340 · ACCRUED INTEREST PAYABLE5 | 754,348.70 |
| 2302 · LOAN PAYABLE-COHEN TRUST | 3,046,912.28 |
| 2303 · LOAN PAYABLE-HALTMAN | 504,462.90 |
| 2304 · LOAN PAYABLE-INVESTORS | 17,563,149.25 |
| 2306 · LOAN PAYABLE S. FRANK | 1,739,649.39 |
| **Total Long Term Liabilities** | 23,608,522.52 |
| **Total Liabilities** | 28,984,957.91 |
| **Equity** | |
| 2500 · CAPITAL STOCK | 250,000.00 |
| 3010 · PAID IN CAPITAL | 717,272.34 |
| 3900 · *Retained Earnings | (445,652.78) |
| Net Income | (3,521,427.42) |
| **Total Equity** | (2,999,807.86) |
| **TOTAL LIABILITIES & EQUITY** | 25,985,150.05 |

9:21 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of August 9, 2011

|  | Aug 9, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 2 · WOODS | 491.87 |
| 1 · bank | (453.48) |
| 20 · CASH-STATE BANK | 247.68 |
| 21 · CASH-CHASE MANHATTAN | (226.31) |
| **Total Checking/Savings** | 59.76 |
| **Accounts Receivable** | |
| 1200 · INTEREST REC.-MORTGAGES | 4,523,832.50 |
| **Total Accounts Receivable** | 4,523,832.50 |
| **Other Current Assets** | |
| 1236 · DUE FROM TITLE CO-HERNANDEZ | 75,000.00 |
| 1011 · DUE FROM IRS | 10,376.21 |
| 1015 · OWNED REAL ESTATE | |
| 1015-90 · Hillside Ave | 78,273.20 |
| 1015-13 · ROAD-VIA TRENTA CT. | 60,296.10 |
| 1015-16 · LOT 5- VIA TRENTA CT. | 88,328.26 |
| Total 1015 · OWNED REAL ESTATE | 226,897.56 |
| 1023 · MORTGAGE REC.- MATRIANO | 5,000.00 |
| 1024 · SECURITY DEPOSIT | 2,600.00 |
| 1027 · DUE FROM TITLE CO. ON TOUSSANT | 23,523.00 |
| 1210 · PRINCIPAL REC.- MORTGAGES | 12,715,281.83 |
| **Total Other Current Assets** | 13,058,678.60 |
| **Total Current Assets** | 17,582,570.86 |
| **Fixed Assets** | |
| 1100 · OFFICE EQUIPMENT | 35,186.16 |
| 1101 · DEP.-OFFICE EQUIPMENT | (35,186.18) |
| 1102 · LEASEHOLD IMPROVEMENT | 4,996.35 |
| 1103 · ACC. AMORT.-L.H.I. | (4,995.35) |
| 1105 · FIXED ASSET-OFFICE FURNITURE | 15,561.50 |
| 1106 · DEP-OFFICE FURNITURE | (15,561.51) |
| **Total Fixed Assets** | (0.03) |
| **Other Assets** | |
| 1028 · DUE FROM COLORADO EXETER | 217,284.36 |
| 1150 · EXCHANGE-MISC | 461,709.65 |
| 1153 · INVESTMENTS - RELATED CORPS | |
| 1111 · DEPOSIT ON MILL NECK PROPERTY | 50,390.00 |
| 1112 · DEPOSIT ON THE LANE, LAUREL HOL | 50,000.00 |
| 1153-12 · CLEVLAND & LINCOLN | 60,000.00 |
| 1153-21 · NEW YORK AVE. SMITHTOWN | 12,990.00 |
| 1153-22 · OSGOOD AVE, SMITHTOWN | 12,865.00 |
| 1153-23 · DEPOSIT MILL RIVER ROAD | 55,000.00 |
| 1153-24 · BEGONIA COURT | 901,704.28 |
| 1153-25 · 1880 CASCADE CT, MARCO ISLAND | 758,750.00 |
| 1153-26 · EDEN ROC | 1,605,821.78 |
| 1153-28 · 171 CARICA ROAD | 711,306.28 |
| 1153-30 · 3 LEWIS LANE | 1,599,727.23 |
| 1153-31 · BARFIELD ROAD | 175,000.00 |
| 1153-33 · 29 MILLFARM LANE | (32,800.52) |
| 1153-39 · DEPOSIT ON CARMEN LANE | 47,582.50 |
| 1153-4 · WILLOUPHBY ACRES | 25,000.00 |
| 1153-40 · DEPOSIT ON SHORTPATH | 2,078,182.12 |
| 1153-41 · FOX LANE TWO | 100,000.00 |
| 1153-5 · TITUS AVE | 50,000.00 |
| 1153-51 · LOT 13 PARISH POND | 1,468,864.52 |
| 1153-9 · IDYLWOOD (IDYLWOOD) | 60,000.00 |
| Total 1153 · INVESTMENTS - RELATED CORPS | 9,790,383.19 |

9:21 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of August 9, 2011

|  | Aug 9, 11 |
|---|---:|
| **Total Other Assets** | 10,469,377.20 |
| **TOTAL ASSETS** | 28,051,948.03 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 2164 · LEGAL PAYABLE-L MAY | 12,231.61 |
| 2100 · Prior Payroll Liabilities | 41.60 |
| 2152 · LOAN PAYABLE-STATE BANK | 4,591,100.00 |
| 2154 · ACCRUED EXPENSES - OPERATING | 51,621.60 |
| 2155 · BONUS PAYABLE | 7,028.00 |
| 2156 · INSURANCE PAYABLE | 14,053.72 |
| 2158 · INTEREST PAYABLE-STATE BANK | 332,464.20 |
| 2159 · REAL ESTATE TAXES PAYABLE | 60,972.19 |
| 2160 · REPAY-EXP. PAYABLE | 41,619.31 |
| 2163 · LOAN PAYABLE-BEGONIA | 527,444.52 |
| 2200 · Payroll Liabilities | |
| 2210 · FWT Payable | (1,066.00) |
| 2220 · FICA Payable | (1,653.32) |
| 2230 · Medicare Payable | (386.68) |
| 2240 · SWT Payable | 248.33 |
| 2250 · FUTA PAYABLE | 56.00 |
| 2260 · SUTA PAYABLE | 127.50 |
| 2200 · Payroll Liabilities - Other | (286.17) |
| **Total 2200 · Payroll Liabilities** | (2,960.34) |
| **Total Other Current Liabilities** | 5,635,616.41 |
| **Total Current Liabilities** | 5,635,616.41 |
| Long Term Liabilities | |
| 2340 · ACCRUED INTEREST PAYABLES | 1,246,019.61 |
| 2302 · LOAN PAYABLE-COHEN TRUST | 2,951,471.39 |
| 2303 · LOAN PAYABLE-HALTMAN | 447,843.09 |
| 2304 · LOAN PAYABLE-INVESTORS | 17,527,771.25 |
| 2305 · LOAN PAYABLE-REPAY | (4,000.00) |
| 2306 · LOAN PAYABLE S. FRANK | 1,675,425.77 |
| **Total Long Term Liabilities** | 23,844,531.11 |
| **Total Liabilities** | 29,480,147.52 |
| Equity | |
| 2500 · CAPITAL STOCK | 250,000.00 |
| 3010 · PAID IN CAPITAL | 717,272.34 |
| 3900 · *Retained Earnings | (3,967,080.20) |
| Net Income | 1,571,608.37 |
| **Total Equity** | (1,428,199.49) |
| **TOTAL LIABILITIES & EQUITY** | 28,051,948.03 |

Case 2:13-cv-05475-JS-AKT   Document 128-22   Filed 04/27/15   Page 8 of 11 PageID #: 3530

9:28 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of August 31, 2011

|  | Aug 31, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 2 · WOODS | 491.87 |
| 1 · bank | (453.48) |
| 20 · CASH-STATE BANK | 247.68 |
| 21 · CASH-CHASE MANHATTAN | 6,908.49 |
| **Total Checking/Savings** | 7,194.56 |
| **Accounts Receivable** | |
| 1200 · INTEREST REC.-MORTGAGES | 4,767,286.89 |
| **Total Accounts Receivable** | 4,767,286.89 |
| **Other Current Assets** | |
| 1236 · DUE FROM TITLE CO-HERNANDEZ | 75,000.00 |
| 1011 · DUE FROM IRS | 10,376.21 |
| 1015 · OWNED REAL ESTATE | |
| 1015-90 · Hillside Ave | 78,273.20 |
| 1015-13 · ROAD-VIA TRENTA CT. | 60,296.10 |
| 1015-16 · LOT 5- VIA TRENTA CT. | 88,328.26 |
| **Total 1015 · OWNED REAL ESTATE** | 226,897.56 |
| 1023 · MORTGAGE REC.- MATRIANO | 5,000.00 |
| 1024 · SECURITY DEPOSIT | 2,600.00 |
| 1027 · DUE FROM TITLE CO. ON TOUSSANT | 23,523.00 |
| 1210 · PRINCIPAL REC.- MORTGAGES | 12,717,081.83 |
| **Total Other Current Assets** | 13,060,478.60 |
| **Total Current Assets** | 17,834,960.05 |
| **Fixed Assets** | |
| 1100 · OFFICE EQUIPMENT | 35,186.16 |
| 1101 · DEP.-OFFICE EQUIPMENT | (35,186.18) |
| 1102 · LEASEHOLD IMPROVEMENT | 4,995.35 |
| 1103 · ACC. AMORT.-L.H.I. | (4,995.35) |
| 1105 · FIXED ASSET-OFFICE FURNITURE | 15,561.50 |
| 1106 · DEP-OFFICE FURNITURE | (15,561.51) |
| **Total Fixed Assets** | (0.03) |
| **Other Assets** | |
| 1028 · DUE FROM COLORADO EXETER | 217,284.36 |
| 1150 · EXCHANGE-MISC | 461,709.65 |
| 1153 · INVESTMENTS - RELATED CORPS | |
| 1111 · DEPOSIT ON MILL NECK PROPERTY | 50,390.00 |
| 1112 · DEPOSIT ON THE LANE, LAUREL HOL | 50,000.00 |
| 1153-12 · CLEVLAND & LINCOLN | 60,000.00 |
| 1153-21 · NEW YORK AVE. SMITHTOWN | 12,990.00 |
| 1153-22 · OSGOOD AVE, SMITHTOWN | 12,865.00 |
| 1153-23 · DEPOSIT MILL RIVER ROAD | 55,000.00 |
| 1153-24 · BEGONIA COURT | 901,704.28 |
| 1153-28 · 171 CARICA ROAD | 711,306.28 |
| 1153-4 · WILLOUPHBY ACRES | 25,000.00 |
| 1153-40 · DEPOSIT ON SHORTPATH | 2,078,182.12 |
| 1153-41 · FOX LANE TWO | 100,000.00 |
| 1153-5 · TITUS AVE | 50,000.00 |
| 1153-51 · LOT 13 PARISH POND | 1,468,864.52 |
| 1153-9 · IDYLWOOD (IDYLWOOD) | 60,000.00 |
| **Total 1153 · INVESTMENTS - RELATED CORPS** | 5,636,302.20 |
| **Total Other Assets** | 6,315,296.21 |
| **TOTAL ASSETS** | 24,150,256.23 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |

9:28 AM
02/06/15
Accrual Basis

## EXETER HOLDING LTD.
## Balance Sheet
### As of August 31, 2011

|  | Aug 31, 11 |
|---|---:|
| **Other Current Liabilities** | |
| 2164 · LEGAL PAYABLE-L MAY | 12,231.61 |
| 2100 · Prior Payroll Liabilities | 41.60 |
| 2152 · LOAN PAYABLE-STATE BANK | 4,591,100.00 |
| 2154 · ACCRUED EXPENSES - OPERATI... | 72,621.60 |
| 2155 · BONUS PAYABLE | 10,361.00 |
| 2156 · INSURANCE PAYABLE | 15,278.72 |
| 2158 · INTEREST PAYABLE-STATE BANK | 356,892.45 |
| 2159 · REAL ESTATE TAXES PAYABLE | 62,772.19 |
| 2160 · REPAY-EXP. PAYABLE | 41,619.31 |
| 2163 · LOAN PAYABLE-BEGONIA | 527,444.52 |
| 2200 · Payroll Liabilities | |
|   2210 · FWT Payable | (1,066.00) |
|   2220 · FICA Payable | (1,653.32) |
|   2230 · Medicare Payable | (386.68) |
|   2240 · SWT Payable | 248.33 |
|   2250 · FUTA PAYABLE | 56.00 |
|   2260 · SUTA PAYABLE | 127.50 |
|   2200 · Payroll Liabilities - Other | (286.17) |
| Total 2200 · Payroll Liabilities | (2,960.34) |
| **Total Other Current Liabilities** | 5,687,402.66 |
| **Total Current Liabilities** | 5,687,402.66 |
| **Long Term Liabilities** | |
| 2340 · ACCRUED INTEREST PAYABLE5 | 1,246,019.61 |
| 2302 · LOAN PAYABLE-COHEN TRUST | 2,951,471.39 |
| 2303 · LOAN PAYABLE-HALTMAN | 447,843.09 |
| 2304 · LOAN PAYABLE-INVESTORS | 17,527,771.25 |
| 2305 · LOAN PAYABLE-REPAY | (4,000.00) |
| 2306 · LOAN PAYABLE S. FRANK | 1,675,425.77 |
| **Total Long Term Liabilities** | 23,844,531.11 |
| **Total Liabilities** | 29,531,933.77 |
| **Equity** | |
| 2500 · CAPITAL STOCK | 250,000.00 |
| 3010 · PAID IN CAPITAL | 717,272.34 |
| 3900 · *Retained Earnings | (3,967,080.20) |
| Net Income | (2,381,869.68) |
| **Total Equity** | (5,381,677.54) |
| **TOTAL LIABILITIES & EQUITY** | 24,150,256.23 |

9:17 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
# Balance Sheet
## As of September 30, 2011

|  | Sep 30, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 2 · WOODS | 491.87 |
| 1 · bank | (463.48) |
| 20 · CASH-STATE BANK | 247.68 |
| 21 · CASH-CHASE MANHATTAN | 3,823.04 |
| **Total Checking/Savings** | 4,109.11 |
| **Accounts Receivable** | |
| 1200 · INTEREST REC.-MORTGAGES | 2,112,943.10 |
| **Total Accounts Receivable** | 2,112,943.10 |
| **Other Current Assets** | |
| 1236 · DUE FROM TITLE CO-HERNANDEZ | 75,000.00 |
| 1011 · DUE FROM IRS | 10,376.21 |
| 1015 · OWNED REAL ESTATE | |
| 1015-90 · Hillside Ave | 78,273.20 |
| 1015-13 · ROAD-VIA TRENTA CT. | 60,296.10 |
| 1015-16 · LOT 5- VIA TRENTA CT. | 88,328.26 |
| Total 1015 · OWNED REAL ESTATE | 226,897.56 |
| 1023 · MORTGAGE REC.- MATRIANO | 5,000.00 |
| 1024 · SECURITY DEPOSIT | 2,600.00 |
| 1027 · DUE FROM TITLE CO. ON TOUSSANT | 23,523.00 |
| 1210 · PRINCIPAL REC.- MORTGAGES | 12,717,364.83 |
| **Total Other Current Assets** | 13,060,761.60 |
| **Total Current Assets** | 15,177,813.81 |
| **Fixed Assets** | |
| 1100 · OFFICE EQUIPMENT | 35,186.16 |
| 1101 · DEP.-OFFICE EQUIPMENT | (35,186.18) |
| 1102 · LEASEHOLD IMPROVEMENT | 4,995.35 |
| 1103 · ACC. AMORT.-L.H.I. | (4,995.35) |
| 1105 · FIXED ASSET-OFFICE FURNITURE | 15,561.50 |
| 1106 · DEP-OFFICE FURNITURE | (15,561.51) |
| **Total Fixed Assets** | (0.03) |
| **Other Assets** | |
| 1028 · DUE FROM COLORADO EXETER | 228,546.16 |
| 1150 · EXCHANGE-MISC | 461,709.65 |
| 1153 · INVESTMENTS - RELATED CORPS | |
| 1111 · DEPOSIT ON MILL NECK PROPERTY | 50,390.00 |
| 1112 · DEPOSIT ON THE LANE, LAUREL HOL | 50,000.00 |
| 1153-12 · CLEVLAND & LINCOLN | 60,000.00 |
| 1153-21 · NEW YORK AVE. SMITHTOWN | 12,990.00 |
| 1153-22 · OSGOOD AVE, SMITHTOWN | 12,865.00 |
| 1153-23 · DEPOSIT MILL RIVER ROAD | 55,000.00 |
| 1153-24 · BEGONIA COURT | 901,704.28 |
| 1153-28 · 171 CARICA ROAD | 711,306.28 |
| 1153-4 · WILLOUPHBY ACRES | 25,000.00 |
| 1153-40 · DEPOSIT ON SHORTPATH | 2,078,182.12 |
| 1153-41 · FOX LANE TWO | 100,000.00 |
| 1153-5 · TITUS AVE | 50,000.00 |
| 1153-9 · IDYLWOOD (IDYLWOOD) | 60,000.00 |
| Total 1153 · INVESTMENTS - RELATED CORPS | 4,167,437.68 |
| **Total Other Assets** | 4,857,693.49 |
| **TOTAL ASSETS** | 20,035,507.27 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |

9:17 AM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Balance Sheet
### As of September 30, 2011

|  | Sep 30, 11 |
|---|---:|
| 2164 · LEGAL PAYABLE-L MAY | 20,405.01 |
| 2100 · Prior Payroll Liabilities | 41.60 |
| 2152 · LOAN PAYABLE-STATE BANK | 4,591,100.00 |
| 2154 · ACCRUED EXPENSES - OPERATI... | 78,487.60 |
| 2155 · BONUS PAYABLE | 13,694.00 |
| 2156 · INSURANCE PAYABLE | 1,225.00 |
| 2158 · INTEREST PAYABLE-STATE BANK | 381,320.70 |
| 2159 · REAL ESTATE TAXES PAYABLE | 30,796.43 |
| 2163 · LOAN PAYABLE-BEGONIA | 527,444.52 |
| **Total Other Current Liabilities** | **5,644,514.86** |
| **Total Current Liabilities** | **5,644,514.86** |
| Long Term Liabilities |  |
| 2340 · ACCRUED INTEREST PAYABLE5 | 1,246,019.61 |
| 2302 · LOAN PAYABLE-COHEN TRUST | 2,804,833.07 |
| 2303 · LOAN PAYABLE-HALTMAN | 447,843.09 |
| 2304 · LOAN PAYABLE-INVESTORS | 17,509,532.87 |
| 2306 · LOAN PAYABLE S. FRANK | 1,577,642.20 |
| **Total Long Term Liabilities** | **23,585,870.84** |
| **Total Liabilities** | **29,230,385.70** |
| Equity |  |
| 2500 · CAPITAL STOCK | 250,000.00 |
| 3010 · PAID IN CAPITAL | 717,272.34 |
| 3900 · *Retained Earnings | (3,699,419.93) |
| Net Income | (6,462,730.84) |
| **Total Equity** | **(9,194,878.43)** |
| **TOTAL LIABILITIES & EQUITY** | **20,035,507.27** |