# EXHIBIT T

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

## 1153 · INVESTMENTS - RELATED CORPS
### 1153-26 · EDEN ROC

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 4/20/2005 | 44 SEA CLIFF AVE... | | | | 20 · CASH-ST... | 50,000.00 | 50,000.00 |
| Check | 5/3/2005 | 44 SEA CLIFF AVE... | | | | 20 · CASH-ST... | 125,000.00 | 175,000.00 |
| Check | 8/9/2005 | INC. VILLAGE OF... | VOID: EDEN... | | X | 20 · CASH-ST... | 0.00 | 175,000.00 |
| Check | 8/10/2005 | RHINOS EXCAVAT... | permit- eden... | | | 20 · CASH-ST... | 10,500.00 | 185,500.00 |
| General Journal | 9/2/2005 | | MOVING $ P... | | | 4020 · OTHE... | 32,628.00 | 218,128.00 |
| Check | 9/8/2005 | HSBC Mortgage Co... | | | | 20 · CASH-ST... | 1,329,331.00 | 1,547,459.00 |
| Check | 10/20/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 14,456.15 | 1,561,915.15 |
| Check | 10/21/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 23,477.13 | 1,585,392.28 |
| Check | 10/31/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.40 | 1,585,407.68 |
| Check | 11/7/2005 | EDEN ROC CORP | eden roc road | | | 20 · CASH-ST... | 35,405.00 | 1,620,812.68 |
| Check | 11/14/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,814.00 | 1,623,626.68 |
| Check | 11/14/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.80 | 1,623,642.48 |
| Check | 11/15/2005 | MAPLEWOOD ASS... | VOID: REIM... | | | 20 · CASH-ST... | 0.00 | 1,623,642.48 |
| Check | 11/18/2005 | EDEN ROC CORP | bank fee | | | 20 · CASH-ST... | 45.80 | 1,623,688.28 |
| Check | 12/2/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 34,311.00 | 1,657,999.28 |
| Check | 12/19/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 50.00 | 1,658,049.28 |
| Check | 12/23/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 45,898.00 | 1,703,947.28 |
| Check | 12/30/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.60 | 1,703,963.88 |
| Check | 12/30/2005 | EDEN ROC CORP | | | | 20 · CASH-ST... | 80.00 | 1,704,043.88 |
| Check | 1/9/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 9,862.66 | 1,713,906.54 |
| Deposit | 1/13/2006 | EDEN ROC CORP | B.E. | | | 20 · CASH-ST... | (1,010,256.05) | 703,650.49 |
| Check | 1/17/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,170.00 | 706,820.49 |
| Check | 1/18/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 20,000.00 | 726,820.49 |
| Deposit | 1/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | (19,906.00) | 706,914.49 |
| Check | 1/20/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | 18,956.00 | 725,870.49 |
| Check | 1/23/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,500.00 | 727,370.49 |
| Check | 1/23/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 22,535.45 | 749,905.94 |
| Check | 1/25/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,180.00 | 753,085.94 |
| Check | 1/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 18.20 | 753,104.14 |
| Check | 1/31/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,647.16 | 757,751.30 |
| Check | 2/1/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 62,505.00 | 820,256.30 |
| Deposit | 2/3/2006 | EDEN ROC CORP | proceeds fro... | | | 20 · CASH-ST... | (168,000.00) | 652,256.30 |
| Check | 2/10/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 600.00 | 652,856.30 |
| Check | 2/16/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 20,000.00 | 672,856.30 |
| Check | 2/21/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 20,000.00 | 692,856.30 |
| Check | 2/22/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 450.00 | 693,306.30 |
| Check | 2/23/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 30,000.00 | 723,306.30 |
| Check | 2/24/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 9,600.00 | 732,906.30 |
| Check | 2/27/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 17.20 | 732,923.50 |
| Check | 2/28/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,126.71 | 741,050.21 |
| Check | 3/1/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,888.78 | 745,938.99 |
| Check | 3/8/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 30,225.00 | 776,163.99 |
| Deposit | 3/8/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (25,000.00) | 751,163.99 |
| Check | 3/22/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,325.55 | 756,489.54 |
| Deposit | 3/27/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (100,000.00) | 656,489.54 |
| Deposit | 3/27/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,321.38 | 662,810.92 |
| Check | 3/28/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,000.00 | 663,810.92 |

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 3/29/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 450.00 | 664,260.92 |
| Check | 3/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 25,000.00 | 689,260.92 |
| Check | 3/31/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,406.69 | 693,667.61 |
| Check | 4/3/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 24,041.64 | 717,709.25 |
| Check | 4/6/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,810.00 | 723,519.25 |
| Check | 4/7/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,580.39 | 730,099.64 |
| Check | 4/10/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 35,747.47 | 765,847.11 |
| Check | 4/11/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,069.75 | 768,916.86 |
| Check | 4/14/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 7,495.00 | 776,411.86 |
| Check | 4/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 25,000.00 | 801,411.86 |
| Check | 4/20/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 22,245.00 | 823,656.86 |
| Check | 4/24/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,600.00 | 827,256.86 |
| Check | 4/28/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,369.00 | 828,625.86 |
| Check | 5/1/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 10,146.64 | 838,772.50 |
| Check | 5/3/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,463.02 | 840,235.52 |
| Check | 5/4/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 675.00 | 840,910.52 |
| Check | 5/8/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,100.00 | 842,010.52 |
| Check | 5/9/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16,360.08 | 858,370.60 |
| Check | 5/10/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 179.72 | 858,550.32 |
| Check | 5/11/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,680.00 | 860,230.32 |
| Check | 5/15/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,100.00 | 861,330.32 |
| Check | 5/16/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15,274.98 | 876,605.30 |
| Check | 5/17/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,825.00 | 878,430.30 |
| Check | 5/24/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,600.86 | 891,031.16 |
| Check | 5/25/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,837.60 | 892,868.76 |
| Check | 5/26/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,000.00 | 897,868.76 |
| Check | 5/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,100.00 | 898,968.76 |
| Check | 5/31/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,519.80 | 903,488.56 |
| Check | 6/1/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 10,495.67 | 913,984.23 |
| Deposit | 6/5/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (67,625.00) | 846,359.23 |
| Check | 6/5/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,125.00 | 847,484.23 |
| Check | 6/8/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,340.00 | 848,824.23 |
| Check | 6/13/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,100.00 | 854,924.23 |
| Check | 6/15/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 315.02 | 855,239.25 |
| Check | 6/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,695.13 | 858,934.38 |
| Check | 6/23/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,820.00 | 860,754.38 |
| Check | 6/28/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 10,747.18 | 871,501.56 |
| Check | 6/29/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 18,525.41 | 890,026.97 |
| Check | 6/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 18.20 | 890,045.17 |
| Check | 7/3/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 500.00 | 890,545.17 |
| Check | 7/7/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 417.14 | 890,962.31 |
| Check | 7/11/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,180.00 | 893,142.31 |
| Check | 7/13/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 9,070.00 | 902,212.31 |
| Deposit | 7/17/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (108,000.00) | 794,212.31 |
| Check | 7/18/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,275.00 | 795,487.31 |
| Check | 7/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,060.00 | 796,547.31 |
| Deposit | 7/21/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 7,840.00 | 804,387.31 |
| Check | 7/24/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,192.90 | 806,580.21 |
| Check | 7/26/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 28,092.18 | 834,672.39 |

Page 2

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 7/27/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,350.00 | 837,022.39 |
| Check | 7/28/2006 | EDEN ROC CORP | VOID: | | x | 20 · CASH-ST... | 0.00 | 837,022.39 |
| Deposit | 7/28/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (10,773.36) | 826,249.03 |
| Check | 7/31/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 114.86 | 826,363.89 |
| Check | 8/1/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 11,840.92 | 838,204.81 |
| Check | 8/7/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,000.00 | 840,204.81 |
| Check | 8/11/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,650.00 | 844,854.81 |
| Check | 8/14/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,870.63 | 848,725.44 |
| Check | 8/15/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 13,354.37 | 862,079.81 |
| Check | 8/21/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,300.00 | 866,379.81 |
| Check | 8/23/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,884.46 | 870,264.27 |
| Check | 8/24/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 180.00 | 870,444.27 |
| Check | 8/29/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 95.86 | 870,540.13 |
| Check | 8/29/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 95.86 | 870,635.99 |
| Check | 8/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,388.60 | 883,024.59 |
| Check | 8/31/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 20,374.44 | 903,399.03 |
| Check | 9/8/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 50.78 | 903,449.81 |
| Check | 9/12/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 823.22 | 904,273.03 |
| Check | 9/14/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,000.00 | 908,273.03 |
| Check | 9/15/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 600.00 | 908,873.03 |
| Check | 9/21/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 800.00 | 909,673.03 |
| Check | 9/27/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,090.00 | 910,763.03 |
| Check | 9/29/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 406.40 | 911,169.43 |
| General Journal | 9/30/2006 | | Accru Int @ ... | | | 1153-18 · LOT... | 129,525.00 | 1,040,694.43 |
| Check | 10/3/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 95.86 | 1,040,790.29 |
| Check | 10/5/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 11,896.20 | 1,052,686.49 |
| Check | 10/10/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,000.00 | 1,057,686.49 |
| Check | 10/13/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 40,553.24 | 1,098,239.73 |
| Check | 10/17/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,500.00 | 1,100,739.73 |
| Deposit | 10/19/2006 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (56,708.00) | 1,044,031.73 |
| Check | 10/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,102.50 | 1,045,134.23 |
| Check | 10/23/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 103.94 | 1,045,238.17 |
| Check | 10/26/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,000.00 | 1,046,238.17 |
| Check | 10/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 880.00 | 1,047,118.17 |
| Check | 10/31/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 17.20 | 1,047,135.37 |
| Check | 11/2/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,880.00 | 1,049,015.37 |
| Check | 11/2/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,292.75 | 1,061,308.12 |
| Check | 11/6/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 28,236.66 | 1,089,544.78 |
| Check | 11/8/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,908.91 | 1,095,453.69 |
| Check | 11/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,814.00 | 1,098,267.59 |
| Check | 11/17/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 90.00 | 1,098,357.59 |
| Check | 11/17/2006 | EDEN ROC CORP | VOID: | | x | 20 · CASH-ST... | 0.00 | 1,098,357.59 |
| Check | 11/17/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 597.00 | 1,098,954.69 |
| Check | 11/20/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,400.00 | 1,103,354.69 |
| Check | 11/22/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,000.00 | 1,108,354.69 |
| Check | 11/24/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 675.00 | 1,109,029.69 |
| Check | 11/30/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 18.20 | 1,109,047.89 |
| Check | 12/4/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,522.74 | 1,121,570.63 |
| Check | 12/7/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,100.00 | 1,123,670.63 |

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 12/8/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,309.12 | 1,125,979.75 |
| Check | 12/11/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.00 | 1,125,994.75 |
| Check | 12/12/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 100.00 | 1,126,094.75 |
| Check | 12/19/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 298.72 | 1,126,393.47 |
| Check | 12/20/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,000.00 | 1,131,393.47 |
| Check | 12/21/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,123.78 | 1,133,517.25 |
| Check | 12/29/2006 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.60 | 1,133,533.85 |
| General Journal | 12/31/2006 | | 10/1-12/31 In... | | | 1153-18 · LOT... | 38,483.00 | 1,172,016.85 |
| Check | 1/8/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,082.00 | 1,175,098.85 |
| Check | 1/9/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,744.44 | 1,187,843.29 |
| Check | 1/31/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.40 | 1,187,858.69 |
| Check | 2/2/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 13,918.07 | 1,201,776.76 |
| Check | 2/28/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 9,350.47 | 1,211,127.23 |
| Check | 3/1/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,201.43 | 1,213,328.66 |
| Check | 3/12/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,922.00 | 1,220,250.66 |
| Check | 3/21/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,132.00 | 1,223,382.66 |
| Check | 3/29/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.80 | 1,223,398.46 |
| Check | 4/3/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,202.51 | 1,224,600.97 |
| Check | 4/4/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,125.10 | 1,227,726.07 |
| Check | 4/11/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,744.44 | 1,240,470.51 |
| Check | 4/11/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 740.00 | 1,241,210.51 |
| Check | 4/12/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,372.42 | 1,242,582.93 |
| Check | 4/30/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,242,599.13 |
| Check | 4/30/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 600.00 | 1,243,199.13 |
| Check | 5/3/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 10.00 | 1,243,209.13 |
| Check | 5/7/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 560.00 | 1,243,769.13 |
| Check | 5/9/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,429.17 | 1,256,198.30 |
| Check | 5/10/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 689.38 | 1,256,887.68 |
| Check | 5/14/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,079.24 | 1,258,966.92 |
| Deposit | 5/18/2007 | | Deposit | | | 20 · CASH-ST... | 10,000.00 | 1,268,966.92 |
| Check | 5/18/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | (71.60) | 1,268,895.32 |
| Check | 5/31/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.40 | 1,268,911.72 |
| Check | 6/8/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,744.43 | 1,281,656.15 |
| Check | 6/14/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 959.01 | 1,282,615.16 |
| Check | 6/22/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 148.91 | 1,282,764.07 |
| Check | 6/27/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 90.00 | 1,282,854.07 |
| Check | 6/28/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 350.00 | 1,283,204.07 |
| Check | 6/29/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.40 | 1,283,220.47 |
| Check | 7/6/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 90.00 | 1,283,310.47 |
| Check | 7/10/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 17,266.67 | 1,300,577.14 |
| Check | 7/13/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,760.00 | 1,303,337.14 |
| Check | 7/20/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 361.47 | 1,303,698.61 |
| Check | 7/30/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,521.60 | 1,305,220.21 |
| Check | 7/31/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 826.40 | 1,306,046.61 |
| Check | 8/3/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 865.68 | 1,306,912.29 |
| Check | 8/7/2007 | CHASE CARD SER... | 4388 5760 2... | | | 20 · CASH-ST... | 153.66 | 1,307,065.95 |
| Check | 8/8/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,694.06 | 1,309,760.01 |
| Check | 8/15/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,126.03 | 1,314,886.04 |
| Check | 8/17/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 90.00 | 1,314,976.04 |

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 8/20/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 500.00 | 1,315,476.04 |
| Check | 8/21/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 50.00 | 1,315,526.04 |
| Check | 8/24/2007 | AMERICAN EXPRE... | 3710-967933... | | | 20 · CASH-ST... | 6,293.60 | 1,321,819.64 |
| Check | 8/31/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,321,835.84 |
| Check | 9/4/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 279.00 | 1,322,114.84 |
| Check | 9/5/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,744.44 | 1,334,859.28 |
| Check | 9/10/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,182.00 | 1,338,041.28 |
| Check | 9/10/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 180.00 | 1,338,221.28 |
| Check | 9/28/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.60 | 1,338,237.88 |
| General Journal | 9/30/2007 | | | | | 1153-2a · 4 W... | (38,483.00) | 1,299,754.88 |
| Check | 10/1/2007 | AMERICAN EXPRE... | 3710-967933... | | | 20 · CASH-ST... | 3,012.17 | 1,302,767.05 |
| Check | 10/12/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,333.33 | 1,315,100.38 |
| Check | 10/12/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,472.86 | 1,316,573.24 |
| Check | 10/22/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 757.78 | 1,317,331.02 |
| Check | 10/29/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,012.17 | 1,320,343.19 |
| Check | 10/31/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.00 | 1,320,359.19 |
| Check | 11/14/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 11,766.65 | 1,332,125.84 |
| Check | 11/20/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 65.13 | 1,332,190.97 |
| Check | 11/21/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,169.17 | 1,340,360.14 |
| Check | 11/23/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,820.95 | 1,343,181.09 |
| Check | 11/26/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 807.93 | 1,343,989.02 |
| Check | 11/30/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,955.25 | 1,345,944.27 |
| Check | 12/10/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,345,960.47 |
| Check | 12/12/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 11,322.20 | 1,357,282.67 |
| Check | 12/17/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 807.93 | 1,358,090.60 |
| Check | 12/20/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 100.00 | 1,358,190.60 |
| Check | 12/21/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 71.64 | 1,358,262.24 |
| Check | 12/31/2007 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.80 | 1,358,278.04 |
| Check | 1/2/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12,066.08 | 1,370,344.12 |
| Check | 1/4/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,955.25 | 1,372,299.37 |
| Check | 1/31/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.40 | 1,372,314.77 |
| Check | 2/8/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,955.25 | 1,374,270.02 |
| Check | 2/11/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 11,366.67 | 1,385,636.69 |
| Check | 2/13/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,768.23 | 1,387,404.92 |
| Check | 2/15/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 3,273.53 | 1,390,678.45 |
| Check | 2/15/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 58.54 | 1,390,736.99 |
| Check | 2/29/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,390,753.19 |
| Check | 3/6/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,505.56 | 1,393,258.75 |
| Check | 3/10/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,644.42 | 1,401,903.17 |
| Check | 3/20/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 57.79 | 1,401,960.96 |
| Check | 3/24/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,454.17 | 1,404,415.13 |
| Check | 3/31/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.00 | 1,404,431.13 |
| Check | 4/3/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,405,517.38 |
| Check | 4/10/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 9,177.76 | 1,414,695.14 |
| Check | 4/18/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 94.12 | 1,414,789.26 |
| Check | 4/30/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.60 | 1,414,804.86 |
| Check | 5/5/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,945.27 | 1,417,750.13 |
| Check | 5/7/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,008.98 | 1,425,759.11 |
| Check | 5/9/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,333.32 | 1,434,092.43 |
Page 5

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 5/20/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 80.83 | 1,434,173.26 |
| Check | 5/30/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.00 | 1,434,189.26 |
| Check | 6/5/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,435,275.51 |
| Check | 6/11/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,266.66 | 1,443,542.17 |
| Check | 6/16/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 358.46 | 1,443,900.63 |
| Check | 6/20/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 28.65 | 1,443,929.28 |
| Check | 6/23/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,454.87 | 1,446,384.15 |
| Check | 6/25/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 568.49 | 1,446,952.64 |
| Check | 6/25/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 0.00 | 1,446,952.64 |
| Check | 6/26/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,446,968.84 |
| Check | 6/30/2008 | EDEN ROC CORP | VOID: | | X | 20 · CASH-ST... | 16.20 | 1,446,985.04 |
| Check | 7/3/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,448,071.29 |
| Check | 7/9/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 260.70 | 1,448,331.99 |
| Check | 7/14/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 500.00 | 1,448,831.99 |
| Check | 7/17/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,706.35 | 1,450,538.34 |
| Check | 7/23/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 156.56 | 1,450,694.90 |
| Check | 7/31/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.00 | 1,450,710.90 |
| Check | 8/4/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,451,797.15 |
| Check | 8/8/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,538.57 | 1,456,335.72 |
| Check | 8/11/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 7,322.31 | 1,463,658.03 |
| Check | 8/18/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 11,200.00 | 1,474,858.03 |
| Check | 8/19/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,442.00 | 1,477,300.03 |
| Check | 8/28/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 648.03 | 1,477,948.06 |
| Check | 8/29/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,477,964.26 |
| Check | 9/2/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,479,050.51 |
| Check | 9/8/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,494.72 | 1,481,545.23 |
| Check | 9/16/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 260.70 | 1,481,805.93 |
| Check | 9/17/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 5,066.67 | 1,486,872.60 |
| Check | 9/19/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 275.54 | 1,487,148.14 |
| Check | 9/29/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,488,234.39 |
| Check | 9/30/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,488,250.59 |
| Check | 10/9/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,000.00 | 1,496,250.59 |
| Check | 10/15/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.88 | 1,496,576.47 |
| Check | 10/29/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 141.57 | 1,496,718.04 |
| Check | 10/31/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,514.81 | 1,505,232.85 |
| Check | 11/3/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.60 | 1,495,733.64 |
| Check | 11/3/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,497,819.89 |
| Check | 11/12/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,519.99 | 1,506,339.88 |
| Check | 11/14/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,514.81 | 1,514,854.69 |
| Check | 11/30/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.80 | 1,514,870.49 |
| Check | 12/2/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 140.00 | 1,515,010.49 |
| Deposit | 12/2/2008 | EDEN ROC CORP | Deposit | | | 20 · CASH-ST... | (90.00) | 1,514,920.49 |
| Check | 12/3/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 59.43 | 1,514,979.92 |
| Check | 12/4/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,086.25 | 1,519,066.17 |
| Check | 12/10/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 7,266.64 | 1,526,332.81 |
| Check | 12/15/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 260.70 | 1,526,593.51 |
| Check | 12/16/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 100.00 | 1,526,693.51 |
| Check | 12/22/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 52.17 | 1,526,745.68 |
| Check | 12/24/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,259.72 | 1,529,005.40 |
| Check | 12/31/2008 | EDEN ROC CORP | | | | 20 · CASH-ST... | 17.00 | 1,529,022.40 |

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 1/8/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,530,108.65 |
| Check | 1/12/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 7,244.45 | 1,537,353.10 |
| Check | 1/31/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.60 | 1,537,368.70 |
| Check | 2/4/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 68.85 | 1,537,437.55 |
| Check | 2/9/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,086.25 | 1,538,523.80 |
| Check | 2/11/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,888.87 | 1,545,412.67 |
| Check | 2/13/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 974.53 | 1,546,387.20 |
| Check | 2/19/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 500.00 | 1,546,887.20 |
| Check | 3/5/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 500.00 | 1,547,387.20 |
| Check | 3/9/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 107.83 | 1,547,495.03 |
| Check | 3/10/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,222.23 | 1,553,717.26 |
| Check | 3/16/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,259.72 | 1,555,976.98 |
| Check | 3/17/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 510.54 | 1,556,487.52 |
| Check | 3/30/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.88 | 1,556,813.40 |
| Check | 3/31/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.40 | 1,556,829.80 |
| Check | 4/7/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 585.04 | 1,557,414.84 |
| Check | 4/20/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,666.66 | 1,564,081.50 |
| Check | 4/30/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.60 | 1,564,097.10 |
| Check | 5/6/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 54.11 | 1,564,151.21 |
| Check | 5/13/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,666.66 | 1,570,817.87 |
| Check | 5/19/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 130.35 | 1,570,948.22 |
| Check | 5/29/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,315.80 | 1,572,264.02 |
| Check | 6/4/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 8,053.60 | 1,580,317.62 |
| Check | 6/5/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.88 | 1,580,643.50 |
| Check | 6/11/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 350.00 | 1,580,993.50 |
| Check | 6/17/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,422.06 | 1,583,415.56 |
| Check | 6/25/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 113.69 | 1,583,529.25 |
| Check | 6/30/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 277.10 | 1,583,806.35 |
| Check | 7/1/2009 | AMERICAN EXPRE... | RENTAL | | | 20 · CASH-ST... | 325.88 | 1,584,132.23 |
| Deposit | 7/2/2009 | | Deposit | | | 20 · CASH-ST... | (105.00) | 1,584,027.23 |
| Check | 7/16/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 9,041.67 | 1,593,068.90 |
| Check | 7/21/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.88 | 1,593,394.78 |
| Check | 7/29/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.88 | 1,593,720.66 |
| Check | 7/31/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 16.20 | 1,593,736.86 |
| Check | 8/10/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,736.11 | 1,598,472.97 |
| Check | 8/25/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.88 | 1,598,798.85 |
| Check | 8/31/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.40 | 1,598,814.25 |
| Check | 9/8/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 225.97 | 1,599,040.22 |
| Check | 9/28/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 325.66 | 1,599,365.88 |
| Check | 9/30/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.40 | 1,599,381.28 |
| Check | 10/7/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,422.06 | 1,601,803.34 |
| Check | 10/13/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 260.70 | 1,602,064.04 |
| Check | 10/26/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,888.89 | 1,608,952.93 |
| Check | 10/29/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 814.21 | 1,609,767.14 |
| Check | 10/30/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 217.91 | 1,609,985.05 |
| Check | 11/5/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 1,825.19 | 1,611,810.24 |
| Check | 11/17/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.40 | 1,611,825.64 |
| Check | 11/25/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 6,667.00 | 1,618,492.64 |
| Check | 11/25/2009 | AMERICAN EXPRE... | 94007 | | | 20 · CASH-ST... | 325.88 | 1,618,818.52 |

Page 7

1:57 PM
02/06/15
Accrual Basis

# EXETER HOLDING LTD.
## Transactions by Account
### All Transactions

| Type | Date | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 11/27/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 4,520.84 | 1,623,339.36 |
| Check | 12/2/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 12.99 | 1,623,352.35 |
| Check | 12/4/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 76.06 | 1,623,428.41 |
| Check | 12/8/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 500.00 | 1,623,928.41 |
| Check | 12/15/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 25.00 | 1,623,953.41 |
| Check | 12/15/2009 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.80 | 1,623,969.21 |
| Check | 12/24/2009 | AMERICAN EXPRE... | 94007 | | | 20 · CASH-ST... | 325.88 | 1,624,295.09 |
| Check | 1/7/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 70.07 | 1,624,365.16 |
| Check | 1/29/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.20 | 1,624,380.36 |
| Check | 2/5/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 76.77 | 1,624,457.13 |
| Check | 2/9/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 2,547.06 | 1,627,004.19 |
| Check | 3/1/2010 | AMERICAN EXPRE... | 94007 | | | 20 · CASH-CH... | 325.00 | 1,627,329.19 |
| Check | 3/9/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 62.07 | 1,627,391.26 |
| Check | 3/9/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.20 | 1,627,406.46 |
| Check | 3/31/2010 | MICHAEL HALTMAN | reimburse-st... | | | 21 · CASH-CH... | 651.76 | 1,628,058.22 |
| Check | 4/1/2010 | AMERICAN EXPRE... | 21008 | | | 21 · CASH-CH... | 543.05 | 1,628,601.27 |
| Check | 4/9/2010 | LIPA | | | | 21 · CASH-CH... | 61.82 | 1,628,663.09 |
| Check | 4/30/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.00 | 1,628,678.09 |
| Check | 5/7/2010 | LOUIS KOCH AGE... | insurance | | | 21 · CASH-CH... | 2,547.06 | 1,631,225.15 |
| Check | 6/3/2010 | LIPA | eden roc | | | 21 · CASH-CH... | 187.60 | 1,631,412.75 |
| Check | 6/30/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.00 | 1,631,427.75 |
| Check | 7/1/2010 | LIPA | | | | 21 · CASH-CH... | 201.11 | 1,631,628.86 |
| Check | 8/13/2010 | Locust Valley Water... | shortpath | | | 21 · CASH-CH... | 163.05 | 1,631,791.91 |
| Check | 8/30/2010 | LOUIS KOCH AGE... | | | | 21 · CASH-CH... | 1,968.90 | 1,633,760.81 |
| Check | 8/31/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.00 | 1,633,775.81 |
| Check | 10/29/2010 | EDEN ROC CORP | | | | 20 · CASH-ST... | 15.00 | 1,633,790.81 |
| Check | 11/1/2010 | LIPA | | | | 21 · CASH-CH... | 441.81 | 1,634,232.42 |
| Check | 12/9/2010 | NEW YORK STAT... | | | | 21 · CASH-CH... | 25.00 | 1,634,257.42 |
| Check | 2/17/2011 | EDEN ROC CORP | eden roc | | | 21 · CASH-CH... | 100.00 | 1,634,357.42 |
| Check | 2/17/2011 | DEPARTMENT OF ... | OPEN ACCO... | | | 21 · CASH-CH... | 9.00 | 1,634,366.42 |
| Deposit | 3/8/2011 | EDEN ROC CORP | B | | | 21 · CASH-CH... | (21,744.64) | 1,612,621.78 |
| Deposit | 3/15/2011 | EDEN ROC CORP | sale of notes | | | 21 · CASH-CH... | (5,000.00) | 1,607,621.78 |
| Deposit | 4/8/2011 | EDEN ROC CORP | Deposit | | | 21 · CASH-CH... | (1,800.00) | 1,605,821.78 |
| General Journal | 8/10/2011 | | b.e. Eden Roc | | | 5037 · BAD D... | (1,605,821.78) | 0.00 |
| Total 1153-26 · INVESTMENTS - EDEN ROC | | | | | | | 0.00 | 0.00 |
| Total 1153 · INVESTMENTS - RELATED CORPS | | | | | | | 0.00 | 0.00 |
| TOTAL | | | | | | | 0.00 | 0.00 |

Page 8