# EXHIBIT V

## Linda Haltman

**From:** Linda Haltman
**Sent:** Wednesday, October 8, 2008 1:24 PM
**To:** Bruce Frank
**Subject:** Re: can you send me the last 6 months interest rate paid by Exeter

It has been 6.5% since 3/18/08. It should go down by 1/2 today but have not heard yet

----- Original Message -----
**From:** Bruce Frank
**To:** Linda Haltman
**Sent:** Wednesday, October 08, 2008 11:28 AM
**Subject:** can you send me the last 6 months interest rate paid by Exeter

www.mailfiler.com [BF-S47UNL4]

1

H001940