# Exhibit X

# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc J. Weingard
*Partner*

Telephone: (516) 877-2424 Ext. 233
Facsimile: (516) 877-2460
Email: mweingard@wgplaw.com

August 27, 2013

Via E-Mail - louis.russo@alston.com

Louis A. Russo, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

> Re: Exeter Holding, Ltd.
> Case No. 811-77954-735
> Exeter Holding, Ltd. and The Official
> Committee of Unsecured Creditors of Exeter
> Holding, Ltd. v. Linda Haltman, et. al.,
> Adv. Pro. No. 812-08401-735

Dear Lou:

By this letter, which is being sent by email with attachments, I am providing documents that are being produced on behalf of: (a) Defendant Michael Haltman in response to Plaintiff's First Set of Requests for the Production of Documents to Michael Haltman; and (b) non-party Hallmark Abstract Service LLC ("Hallmark") in response to the subpoena *duces tecum* served upon Hallmark. To the extent that the enclosed documents are responsive to Request No. 21 in Plaintiff's First Set of Requests for the Production of Documents to Michael Haltman, we shall be serving an amended Response.

Certain of the documents were downloaded from Michael Haltman's personal computer, which he uses to conduct the business of Hallmark. The remaining documents were contained in hard copy files in Mr. Haltman's possession. All of the documents pertain to transactions involving Exeter Holding, Ltd. ("Exeter") and, as such, the documents are bates labeled with the prefix "E."

As noted in my email dated August 22, 2013, the attached documents generally relate to transactions involving the following real property corporations and persons:

Louis A. Russo, Esq.
Alston & Bird LLP
August 27, 2013
Page 2

1. Mill Farm (E000001-E000023; E000167-E0002227; E000444-E000462);

2. Short Path (E000024-E000065; E000472-E000482; E000483-E000549);

3. Duffy Subdivision (E000066-E000102; E000247-E000297;E000463-E000471);

4. Arnold Frank (E000103-00010);

5. Richard Mohring (E000111-E000164);

6. Parrish Pond (E000165-E000166; E000228-E000246); and

7. Fairmont Place (E000298-E000443).

To the extent that documents (or portions of documents) have been redacted, I will be providing you with a privilege log corresponding to the redactions.

I will be making an additional production of documents later this week.

Very truly yours,

Marc J. Weingard

MJW:mi
Encls. via Email

cc:   Via Email mfriedman@friedmanpc.com
      Mark Friedman, Esq.

      Via Email email@ortizandortiz.com
      Norma E. Ortiz, Esq.
      Ortiz & Ortiz, L.L.P.