AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE:    Official Committee of Unsecured Creditors of Exeter Holding, Ltd. v. Linda Haltman, et al.
       Case No. 13-cv-05475-JS-ASK

STATE OF NEW YORK )
                           )ss.:
COUNTY OF NASSAU )

       Maria Iannucci, being duly sworn, deposes and says:

       That I am not a party to this action, am over the age of 18 years, and reside in Central Islip, New York.

       That on the 10th day of March, 2015, I served the within **NOTICE OF CROSS MOTION; DECLARATION OF MARC J. WEINGARD, ESQ.; AFFIDAVIT IN OPPOSITION OF LINDA HALTMAN; AFFIDAVIT IN OPPOSITION OF MICHAEL HALTMAN; AFFIDAVIT IN OPPOSITION OF LEONARD WEINSTEIN and EXHIBITS** upon the following counsel representing the following parties at their following respective addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

**SEE ANNEXED SERVICE LIST**

Maria Iannucci

Sworn to before me this
10th day of March, 2015.

NOTARY PUBLIC

Loretta Esposito
Notary Public, State Of New York
Registration No. 01ES5060647
Qualified In Nassau County
Commission Expires May 20, 2018

## SERVICE LIST

Arnold & Porter LLP
Counsel for Gary Herbst, Plan Administrator for
Confirmed Plan of Exeter Holding, Ltd.
399 Park Avenue
New York, New York 10022
Attn: John D. Roesser, Esq.

Cullen and Dykman LLP
Attorneys for the Frank Defendants
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Attn: Bonnie L. Pollack, Esq.

The Law Offices of Mark J. Friedman, P.C.
Counsel for Arnold Frank, Sondra Frank
and the Arnold and Sondra Frank Trust
66 Split Rock Road
Syosset, New York 11791
Attn: Mark Friedman, Esq.

Ortiz & Ortiz LLP
Counsel for Larry Frank
32-72 Steinway Street, Suite 402
Astoria, New York 11103
Attn: Norma E. Ortiz, Esq.