

Arnold Frank
10873 Northgreen Drive
Wellington FL 33449
Tel # 561 357 8789
Fax # 561 649 9776
Email: arnoldfrank6@aol.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 21 2015   ★

LONG ISLAND OFFICE

April 21, 2015

Cathy- Pro Se Office- Case 13-cv-05475-JS-ASK
East District Court of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Cathy:

Enclosed are originals of Sondra Frank and Arnold Frank's response to Doc #92.

AND MOTION TO BE FILED

We are also sending e-mail copies to the attached list of attorneys. We also have included affirmation of service.

Thank You,

Arnold Frank

**RECEIVED**

MAY 26 2015

**EDNY PRO SE OFFICE**

# Arnold & Sondra Frank
# 10873 Northgreen Drive
# Wellington, Fl.33449

Tel. 561 357 8789



RECEIVED
PRO SE OFFICE
U.S. DISTRICT COURT E.D.N.Y.

APR 10 2015

LONG ISLAND OFFICE

A.Kathleen Tomlinson
U>S> Magistrate Judge

Dear Judge Tomlinson

I am now a pro se defendant in case NO. 13-cv-05475-JS AKT.

I was recently made aware that I have to respond to certain Motions by April 9 2015.

One of them (Document 92) requires a lenghtly response. I will not be able to complete it by the deadline of April 9.

I am respectively requesting an extension of two weeks to prepare it.

Very Truly Yours,

Arnold Frank

RECEIVED

2015

EDNY PRO SE OFFICE

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
LAKE WORTH, FL
33467
MAY 18, 15
AMOUNT
**$19.99**
00109548-07

**PRIORITY MAIL ★ EXPRESS™**
FASTEST SERVICE IN THE U.S.

SIGNATURE REQUIRED

USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

July 2013   OD: 12.5 x 9.5

10001000006

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )
Arnold Frank
10873 Northgreen Dr.
Wellington Fl. 33449

EK 803603174 US

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS™**

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Cathy-Pro Se office Case -cv-
13-5475-JS-AsK
East District Court of New York
100 Federal Plaza
Central Islip, NY 11722
ZIP+4® (U.S. ADDRESSES ONLY)
1 1 7 2 2 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 Insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 33467
Scheduled Delivery Date (MM/DD/YY): 5/20/15
Postage: $ 19.99
Date Accepted (MM/DD/YY): 5/19/15
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: 13-35 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee:
Weight: lbs. 2 ozs.   ☑ Flat Rate
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 19.99
Acceptance Employee Initials: YB

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE.**